OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
Eric Stuart (ES-1265)
Attorneys for Defendant,
Midtown Air Conditioning
and Ventilation, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL VARGAS, FELIX BONILLA, : Case No.: 1:07-cv-03343-RMB
RYAN MCKENZIE, BERNARDO : Honorable Richard M. Berman, U.S.D.J.
RAMIREZ and SIMON NORALES :
: *Civil Action*
Plaintiff, :
: **RULE 7.1 DISCLOSURE**
v. :
: **Document Electronically Filed**
:
MIDTOWN AIR CONDITION AND :
VENTILATION, LTD. :
:
Defendant. :

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Midtown Air Conditioning and Ventilation, Ltd., hereby discloses that there are no parent corporations or other corporations that own 10% of its stock.

 Respectfully submitted,

 By: s/ Eric C. Stuart
   Eric C. Stuart (ES 1265)
   OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
   521 5th Avenue, Suite 1700
   New York, New York 10175
   (212) 292-4314
   Attorney for Defendant
Dated: May 22, 2007   Midtown Air Conditioning, Inc.

-2-

## CERTIFICATE OF SERVICE

I, Ava Armstrong, hereby certify that on May 22, 2007, I served a copy of Defendant's Rule 7.1 Disclosure on the following party by way of first class U.S. Mail.

Ambrose Wotorson, Esq.  Counsel for Plaintiffs
Law Offices of Ambrose Wotorson
Suite 1811, 26 Court Street,
Brooklyn, NY 11242-1118

May 22, 2007        _____
Date                Ava Armstrong

4968595.1