# EXHIBIT C



TELEPHONE 212.950.0970

November 16, 2005

Mr. Ilya Brodsky
Midtown Air Conditioning & Ventilation Ltd.
545 Eighth Avenue
New York, NY 10018

Re:    Peter Soboroff, DVM, PC
       143 Freedom Place

Dear Ilya,

As you are aware, we are very dissatisfied with the progress at the above referenced
project. You have had duct-workers on site for 3 weeks and you are still not even 50%
complete with duct installation.

At this point, the slow progression has caused the project to be approximately 2 weeks
behind schedule. While your current installers, Ryan & Angel, appear to be competent
mechanics, the work is simply not being performed as efficiently as the construction
schedule warrants.

Subsequently, it is our suggestion that you try using alternate manpower on this project,
since it is vital that you bring this project back on schedule.

Kind regards,
IVY WALK, INC.

William Bennett

MAIV 00170

# EXHIBIT D



TELEPHONE 212.850.0970

November 21, 2005

Mr. Ilya Brodsky
Midtown Air Conditioning & Ventilation Ltd.
545 Eighth Avenue
New York, NY 10018

Re:    Peter Soboroff, DVM, PC
       143 Freedom Place

Dear Ilya,

As you are aware, we are very dissatisfied with the progress at the above referenced project. You have had duct-workers on site for 3 weeks and you are still not even 50% complete with duct installation.

At this point, the slow progression has caused the project to be approximately 2 weeks behind schedule. Simply stated, the work is not being performed with any efficiency whatsoever.

Subsequently, it is our suggestion that you remove your current installers, Ryan & Angel, from the project and replace them with workers who can complete the project in a timely manner, since it is vital that you bring this project back on schedule.

Kind regards,
IVY WALK, INC.

William Bennett

# EXHIBIT E

**C13-6460P MIDTOWN AIR CONDITIONING &**

**EMPLOYEE PAY HISTORY**

105 FELIX BONILLA
795 EAST 151ST STREET
BRONX, NY 10455

SS#: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
Dept:000120
Rate/Salary:23.6900

Federal Tax:S 1
State Tax:NY S 1

Hire Date:11/13/02
Term Date:12/05/05

Birth Date:00/00/00
Last Raise Date:07/28/05

| PERIOD ENDING | CHECK DATE | DEPT | REGULAR HOURS | REGULAR EARNINGS | OVERTIME HOURS | OVERTIME EARNINGS | OTHER HOURS | OTHER EARNINGS | CD | GROSS | FEDERAL | SOC SEC | MEDICARE | OTHER TAXES | DEDUCTIONS | NET PAY | CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03/05 | 01/03/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | 34.00 | 375.20 | 3820D |
| 01/10/05 | 01/10/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 3841D |
| 01/17/05 | 01/17/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 3861D |
| 01/24/05 | 01/24/05 | 000120 | 32.00 | 432.00 | | | | | | 432.00 | 41.05 | 26.78 | 6.26 | 21.85 | | 336.06 | 3887D |
| 01/31/05 | 01/31/05 | 000120 | 48.00 | 648.00 | | | | | | 648.00 | 73.45 | 40.18 | 9.40 | 43.78 | | 447.19 | 3912D |
| 02/07/05 | 02/07/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 3932D |
| 02/14/05 | 02/14/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 3955D |
| 02/21/05 | 02/21/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 3957D |
| 02/28/05 | 02/28/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | 34.00 | 396.60 | 3998D |
| 03/07/05 | 03/07/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 4020D |
| 03/14/05 | 03/14/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 4041D |
| 03/21/05 | 03/21/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 4050D |
| 03/28/05 | 03/28/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 4064D |
| FIRST QUARTER TOTALS: | | | 480.00 | 6480.00 | | | | | | 6480.00 | 687.00 | 401.76 | 93.96 | 227.21 NY NYCRS / 153.62 NY SDI / 7.20 SDI | 102.00 U | 4807.25 | |
| 04/04/05 | 04/04/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 4127D |
| 04/11/05 | 04/11/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 4149D |
| 04/18/05 | 04/18/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | | 409.20 | 4171D |
| 04/25/05 | 04/25/05 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.25 | 33.48 | 7.83 | 32.24 | 34.00 | 409.20 | 4189D |
| 05/02/05 | 05/02/05 | 000120 | | 40.00 | | | | | | 40.00 | 0.00 | 2.48 | 0.58 | 0.20 | | 36.74 | 4211D |
| 05/09/05 | 05/09/05 | 000120 | 40.00 | 580.00 | | | | | | 580.00 | 63.25 | 35.96 | 8.41 | 36.46 | | 435.92 | 4233D |
| 05/16/05 | 05/16/05 | 000120 | 32.00 | 464.00 | | | 40.00 | | | 464.00 | 45.85 | 28.77 | 6.73 | 24.95 | | 323.72 | 4255D |
| 05/23/05 | 05/23/05 | 000120 | 40.00 | 580.00 | | | | | | 580.00 | 63.25 | 35.96 | 8.41 | 36.46 | | 435.92 | 4270D |
| 05/30/05 | 05/30/05 | 000120 | 40.00 | 580.00 | | | | | | 580.00 | 63.25 | 35.96 | 8.41 | 36.46 | | 435.92 | 4321D |
| 06/06/05 | 06/06/05 | 000120 | 32.00 | 464.00 | | | | | | 464.00 | 45.85 | 28.77 | 6.73 | 24.95 | 34.00 | 323.72 | 4270D |
| 06/13/05 | 06/13/05 | 000120 | 40.00 | 464.00 | | | 40.00 | 580.00 | 23 | 464.00 | 45.85 | 28.77 | 8.41 | 36.46 | | 323.72 | 4321D |
| 06/20/05 | 06/20/05 | 000120 | 40.00 | 580.00 | | | | | | 580.00 | 63.25 | 35.96 | 8.41 | 36.46 | | 435.92 | 4356D |
| SECOND QUARTER TOTALS: | | | 384.00 | 4868.00 | | | 40.00 | 580.00 | 23 | 5448.00 | 573.70 | 337.78 | 79.00 | 190.46 NY NYCRS / 128.20 NY SDI / 6.20 SDI | 102.00 U | 4030.66 | |
| 07/11/05 | 07/11/05 | 000120 | 40.00 | 580.00 | | | | | | 580.00 | 63.25 | 35.96 | 8.41 | 36.46 | | 435.92 | 4435D |
| 07/11/05 | 07/11/05 | 000120 | 40.00 | 580.00 | | | | | | 580.00 | 63.25 | 35.96 | 8.41 | 36.46 | | 435.92 | 4436D |
| 07/11/05 | 07/11/05 | 000120 | 40.00 | 580.00 | | | | | | 580.00 | 63.25 | 35.96 | 8.41 | 36.46 | | 435.92 | 4437D |
| 07/18/05 | 07/18/05 | 000120 | 40.00 | 580.00 | | | | | | 580.00 | 63.25 | 35.96 | 8.41 | 36.46 | | 435.92 | 4461D |
| 07/25/05 | 07/25/05 | 000120 | 35.00 | 829.15 | | | | 525.00 | 53 | 525.00 | 0.00 | 32.55 | 7.61 | 0.00 | | 484.84 | 4485D |
| 07/25/05 | 07/25/05 | 000120 | | | | | | 770.00 | 53 | 770.00 | 116.81 | 47.74 | 11.16 | 63.25 | | 711.10 | 0 |
| 07/25/05 | 07/25/05 | 000120 | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0 | 0 |
| 07/25/05 | 07/25/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | 59.00 | 526.66 | 4510D |
| 07/25/05 | 07/25/05 | 000120 | | | | | | 9.30 | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 138.52 | 4511D |
| 07/25/05 | 07/25/05 | 000120 | 35.00 | 829.15 | | | | 150.00 | 53 | 829.15 | 24.80 | 9.30 | 1.80 | 18.20 | | 314.95 | 4520D |
| 07/25/05 | 07/25/05 | 000120 | | | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4540D |
| 08/01/05 | 08/01/05 | 000120 | | | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4541D |
| 08/08/05 | 08/08/05 | 000120 | 35.00 | 829.15 | | | | 400.00 | 53 | 829.15 | 36.25 | 20.56 | 4.81 | 13.25 | | 380.44 | 4546D |
| 08/08/05 | 08/08/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 50.87 | 30.84 | 7.02 | 28.13 | | 497.49 | 4567D |
| 08/08/05 | 08/08/05 | 000120 | | | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4593D |
| 08/15/05 | 08/15/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4594D |
| 08/22/05 | 08/22/05 | 000120 | 21.00 | 497.49 | | | | | | 497.49 | 116.81 | 51.41 | 12.02 | 63.25 | | 267.04 | 4598D |
| 08/29/05 | 08/29/05 | 000120 | 14.00 | 331.66 | | | | | | 331.66 | 26.00 | 20.56 | 4.81 | 13.25 | | 267.04 | 4619D |
| 09/05/05 | 09/05/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4642D |
| 09/05/05 | 09/05/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4618D |
| 09/05/05 | 09/05/05 | 000120 | 14.00 | 331.66 | | | | | | 331.66 | 26.00 | 20.56 | 4.81 | 13.25 | | 331.66 | 4642D |
| 09/05/05 | 09/05/05 | 000120 | 35.00 | 228.00 | | | | | | 228.00 | 11.55 | 14.14 | 3.31 | 5.49 | | 193.51 | 9505 |

**C13-6460P  MIDTOWN AIR CONDITIONING &**

**EMPLOYEE PAY HISTORY**

105  FELIX BONILLA
795 EAST 151ST STREET
BRONX, NY 10455

SSN: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
Dept:000120
Rate/Salary:23.6900

Federal Tax:S 1
State Tax:NY S 1

Hire Date:11/13/02
Term Date:12/05/05

Birth Date:00/00/00
Last Raise Date:07/28/05

| PERIOD ENDING | CHECK DATE | DEPT | REGULAR HOURS | REGULAR EARNINGS | OVERTIME HOURS | OVERTIME EARNINGS | OTHER CODED HOURS | OTHER CODED EARNINGS | CD | GROSS | FEDERAL | SOC SEC | MEDICARE | OTHER TAXES | DEDUCTIONS | NET PAY | CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/12/05 | 09/12/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4666D |
| 09/12/05 | 09/12/05 | 000120 | | 348.00 | | | | | | 348.00 | 0.00 | 18.60 | 4.35 | 0.00 | | 277.05 | 4667D |
| 09/12/05 | 09/12/05 | 000120 | | 28.45 | | | | | | | 21.58 | 5.05 | 13.90 | | | 279.02 | 4668D |
| 09/19/05 | 09/19/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4696D |
| 09/26/05 | 09/26/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4723D |
| 09/26/05 | 09/26/05 | 000120 | | | | | | 300.00 | 53 | 300.00 | 0.00 | 18.60 | 4.35 | 0.00 | | 277.05 | 4724D |
| **THIRD QUARTER TOTALS:** | | | **480.00** | **10109.20** | | | | **2445.00** | **53** | **12554.20** | **1287.04** | **778.38** | **182.00** | **423.71 NY / 271.91 NYCRS / 7.20 SDI** | | **9544.94** | |
| 10/03/05 | 10/03/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4752D |
| 10/03/05 | 10/03/05 | 000120 | | | | | | 300.00 | 53 | 300.00 | 0.00 | 18.60 | 4.35 | 0.00 | | 277.05 | 4753D |
| 10/10/05 | 10/10/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4780D |
| 10/17/05 | 10/17/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4807D |
| 10/17/05 | 10/17/05 | 000120 | | | | | | 300.00 | 53 | 300.00 | 0.00 | 18.60 | 4.35 | 0.00 | | 277.05 | 4808D |
| 10/24/05 | 10/24/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4836D |
| 10/24/05 | 10/24/05 | 000120 | | | | | | 300.00 | 53 | 300.00 | 0.00 | 18.60 | 4.35 | 0.00 | | 277.05 | 4837D |
| 10/31/05 | 10/31/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4866D |
| 11/07/05 | 11/07/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4898D |
| 11/07/05 | 11/07/05 | 000120 | | | | | | 300.00 | 53 | 300.00 | 0.00 | 18.60 | 4.35 | 0.00 | | 277.05 | 4924D |
| 11/14/05 | 11/14/05 | 000120 | 35.00 | 829.15 | | | | | | 829.15 | 116.81 | 51.41 | 12.02 | 63.25 | | 585.66 | 4949D |
| 11/21/05 | 11/21/05 | 000120 | 21.00 | 304.50 | | | | | | 304.50 | 21.92 | 20.56 | 4.42 | 12.65 | | 248.07 | 4950D |
| 11/21/05 | 11/21/05 | 000120 | 14.00 | 331.66 | | | | | | 331.66 | 26.00 | 18.88 | 4.81 | 11.21 | | 267.64 | 4977D |
| 11/28/05 | 11/28/05 | 000120 | | 119.47 | | | | | | 119.47 | 0.70 | 7.41 | 1.73 | 1.04 | | 108.59 | 4977D |
| 11/28/05 | 11/28/05 | 000120 | | | | | | | | | | | | | | 59.00 U | 5555.07 | |
| **FOURTH QUARTER TOTALS:** | | | **280.00** | **6559.68** | | | | **900.00** | | **7459.68** | **866.29** | **462.52** | **108.15** | **283.92 NY / 178.33 NYCRS / 5.40 SDI** | **59.00 U** | **5555.07** | |
| **YEAR TO DATE:** | | | **1624.00** | **28016.88** | | | **40.00 / 0.00** | **580.00 / 3345.00** | **23 / 53** | **31941.88** | **3414.03** | **1980.44** | **463.13** | **1125.30 NY / 732.06 NYCRS / 26.00 SDI** | **263.00 U** | **23937.92** | |

| PERIOD | BEGIN | BEGIN | END | CHECK DATE |
|---|---|---|---|---|
| 0 | 00/00/00 | 00/00/00 | 00/00/00 | 00/00/00 |

C13-6460P   MIDTOWN AIR CONDITIONING &   **EMPLOYEE PAY HISTORY**   03/14/08 04:50 P

105   FELIX BONILLA
795 EAST 151ST STREET
BRONX, NY 10455

SS#: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
Dept:000120
Rate/Salary:23.6900

State Tax:NY $ 1
Federal Tax:S 1

Hire Date:11/13/02
Term Date:12/05/05

Birth Date:00/00/00
Last Raise Date:07/28/05

| PERIOD ENDING | CHECK DATE | DEPT | REGULAR HOURS | REGULAR EARNINGS | OVERTIME HOURS | OVERTIME EARNINGS | OTHER CODED HOURS | OTHER CODED EARNINGS | CD | GROSS | FEDERAL | SOC SEC | MEDICARE | OTHER TAXES | DEDUCTIONS | NET PAY | CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/04 | 01/05/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | 32.50 U | 362.79 | 27190 |
| 01/12/04 | 01/12/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 27570 |
| 01/19/04 | 01/19/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 27790 |
| 01/26/04 | 01/26/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 28000 |
| 02/02/04 | 02/02/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | 32.50 U | 362.79 | 28220 |
| 02/09/04 | 02/09/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 28440 |
| 02/16/04 | 02/16/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 28620 |
| 02/23/04 | 02/23/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | 32.50 U | 362.79 | 28850 |
| 03/01/04 | 03/01/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 29050 |
| 03/08/04 | 03/08/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 29260 |
| 03/15/04 | 03/15/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 29490 |
| 03/22/04 | 03/22/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 29680 |
| 03/29/04 | 03/29/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 29680 |
| FIRST QUARTER TOTALS: | | | 520.00 | 6760.00 | | | | | | 6760.00 | 710.19 | 419.12 | 98.02 | 229.46 NY / 156.65 SDI / 7.80 SDI | 97.50 U | 5041.27 | |
| 04/05/04 | 04/05/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 29680 |
| 04/12/04 | 04/12/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | 32.50 U | 362.79 | 30090 |
| 04/19/04 | 04/19/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 30280 |
| 04/26/04 | 04/26/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | 32.50 U | 362.79 | 30480 |
| 05/03/04 | 05/03/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 30700 |
| 05/10/04 | 05/10/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 30910 |
| 05/17/04 | 05/17/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 31120 |
| 05/10/04 | 05/10/04 | 000120 | -40.00 | -520.00 | | | | | | -520.00 | -54.63 | -32.24 | -7.54 | -30.30 | | -395.29 | 30910 |
| 05/17/04 | 05/17/04 | 000120 | -40.00 | -520.00 | | | | | | -520.00 | -54.63 | -32.24 | -7.54 | -30.30 | | -395.29 | 31120 |
| SECOND QUARTER TOTALS: | | | 200.00 | 2600.00 | | | | | | 2600.00 | 273.15 | 161.20 | 37.70 | 60.25 NYCRS / 3.00 SDI | | 1911.45 | |
| 07/19/04 | 07/19/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 32890 |
| 07/26/04 | 07/26/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 33050 |
| 08/02/04 | 08/02/04 | 000120 | 8.00 | 104.00 | | | | | | 104.00 | 0.00 | 6.45 | 1.51 | 0.67 | 32.50 U | 62.87 | 33260 |
| 08/09/04 | 08/09/04 | 000120 | 40.00 | 520.00 | 8.00 | 156.00 | | | | 676.00 | 80.44 | 41.91 | 9.80 | 46.79 | | 497.06 | 33470 |
| 08/16/04 | 08/16/04 | 000120 | 40.00 | 520.00 | 8.00 | 156.00 | | | | 676.00 | 80.44 | 41.91 | 9.80 | 46.79 | | 497.06 | 33690 |
| 08/23/04 | 08/23/04 | 000120 | 40.00 | 520.00 | 8.00 | 156.00 | | | | 676.00 | 80.44 | 41.91 | 9.80 | 46.79 | | 497.06 | 33920 |
| 08/30/04 | 08/30/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 54.63 | 32.24 | 7.54 | 30.30 | | 395.29 | 34140 |
| 09/06/04 | 09/06/04 | 000120 | 40.00 | 520.00 | | | | | | 520.00 | 62.45 | 35.61 | 8.29 | 46.79 | 32.50 U | 362.79 | 34380 |
| 09/13/04 | 09/13/04 | 000120 | 32.00 | 416.00 | | | | | | 416.00 | 41.91 | 25.46 | 5.96 | 36.51 | | 346.01 | 34380 |
| 09/20/04 | 09/20/04 | 000120 | 40.00 | 520.00 | 8.00 | 156.00 | | | | 572.00 | 62.43 | 35.61 | 8.42 | 35.99 | | 430.21 | 34620 |
| 09/27/04 | 09/27/04 | 000120 | 40.00 | 520.00 | 4.00 | 81.00 | | | | 621.00 | 69.78 | 38.50 | 9.00 | 40.87 | | 462.85 | 35000 |
| THIRD QUARTER TOTALS: | | | 400.00 | 5240.00 | 38.00 | 745.50 | | | | 5985.50 | 655.76 | 371.09 | 86.78 | 222.17 NY / 146.54 NYCRS / 6.52 SDI | 65.00 U | 4431.64 | |
| 10/04/04 | 10/04/04 | 000120 | 40.00 | 540.00 | 2.00 | 40.50 | | | | 580.50 | 63.71 | 35.99 | 8.42 | 36.51 | 34.00 | 401.87 | 35220 |
| 10/11/04 | 10/11/04 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.63 | 33.48 | 7.83 | 32.24 | | 408.82 | 35440 |

PERIOD 0   BEGIN 00/00/00   END 00/00/00   CHECK DATE 00/00/00

**C13-6460P MIDTOWN AIR CONDITIONING &**

**EMPLOYEE PAY HISTORY**

105 FELIX BONILLA
795 EAST 151ST STREET
BRONX, NY 10455

SS#: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
Dept:000120
Rate/Salary:23.6900

Federal Tax:S 1
State Tax:NY S 1

Hire Date:11/13/02
Term Date:12/05/05

Birth Date:00/00/00
Last Raise Date:07/28/05

| PERIOD ENDING | CHECK DATE | DEPT | REGULAR HOURS | REGULAR EARNINGS | OVERTIME HOURS | OVERTIME EARNINGS | OTHER HOURS | OTHER EARNINGS | CODED CD | GROSS | FEDERAL | SOC SEC | MEDICARE | OTHER TAXES | DEDUCTIONS | NET PAY | CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/04 | 10/18/04 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.63 | 33.48 | 7.83 | 32.24 | | 408.82 | 35660 |
| 10/25/04 | 10/25/04 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.63 | 33.48 | 7.83 | 32.24 | | 408.82 | 35870 |
| 11/01/04 | 11/01/04 | 000120 | 40.00 | 540.00 | 2.00 | 40.50 | | | | 580.50 | 63.71 | 35.99 | 8.42 | 36.51 | 34.00 | 401.87 | 36090 |
| 11/08/04 | 11/08/04 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.63 | 33.48 | 7.83 | 32.24 | | 408.82 | 36310 |
| 11/15/04 | 11/15/04 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.63 | 33.48 | 7.83 | 32.24 | | 435.87 | 36530 |
| 11/22/04 | 11/22/04 | 000120 | 40.00 | 540.00 | 2.00 | 40.50¢ | | | | 540.00 | 57.63 | 33.48 | 7.83 | 32.24 | | 408.82 | 36750 |
| 11/29/04 | 11/29/04 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.63 | 33.48 | 7.83 | 32.24 | | 408.82 | 36960 |
| 12/06/04 | 12/06/04 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.63 | 33.48 | 7.83 | 32.24 | 34.00 | 374.82 | 37170 |
| 12/13/04 | 12/13/04 | 000120 | 40.00 | 540.00 | | | 40.00 | 540.00 | 11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 498.69 | 37460 |
| 12/20/04 | 12/20/04 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.63 | 33.48 | 7.83 | 32.24 | | 378.82 | 37780 |
| 12/27/04 | 12/27/04 | 000120 | 40.00 | 540.00 | | | | | | 540.00 | 57.63 | 33.48 | 7.83 | 32.24 | | 408.82 | 38000 |
| FOURTH QUARTER TOTALS: | | | 520.00 | 7020.00 | 6.00 | 121.50 | 40.00 | 540.00 11 | | 7681.50 | 767.43 | 476.25 | 111.39 | 253.36 NY 170.77 NYCRS 7.80 SDI | 102.00 u | 5792.50 | |
| YEAR TO DATE: | | | 1640.00 | 21620.00 | 44.00 | 867.00 | 40.00 | 540.00 11 | | 23027.00 | 2406.53 | 1427.66 | 333.89 | 793.23 NY 534.21 NYCRS 25.12 SDI | 329.50 u | 17176.86 | |

| PERIOD BEGIN | END | CHECK DATE |
|---|---|---|
| 00/00/00 | 00/00/00 | 00/00/00 |

0

02/14/08 04:50 P

# EXHIBIT F



# MIDTOWN AIR CONDITIONING AND VENTILATION, LTD
## 545 EIGHTH AVENUE, 6TH FLOOR
### NEW YORK, NY  10018
### T. (212) 239-8855
### F. (212) 629-8605

# MEMO

**Date: 08/05/2005**

**Dear: Mr Norales:**

**This letter is to serve you as final and only disciplinary warning.**

**Your failure to attend safety and coordination meeting, which took place at the main office Yesterday 8-4-05 cannot be tolerated.**

**Please note, that any additional disciplinary violations, such as late arrival to, or early leave  from the project, insubordination (like it was  shown Yesterday) to your direct supervisor or unscheduled leave will result in severe disciplinary actions.**

**Ilya Brodsky**
**President**

**cc  Roman Liberstein**
   **Director of Operations**

AWW000527

# EXHIBIT G



EXHIBIT

Norales 11
11/28/07 Rn

**MIDTOWN AIR CONDITIONING AND VENTILATION, LTD**
545 EIGHTH AVENUE, 6TH FLOOR
NEW YORK, NY 10018
T. (212) 239-8855
F. (212) 629-8605

Date: 02/02/2006

# DISCIPLINARY MEMO

# To: Simon Norales

This it to inform you that the overtime hours that were reported to your Forman Igor Sinayuk for the week January 9,2006 were not accurate. In fact they were inflated by 3 hours as your own written record indicated. The reported hours to your foreman were 16 hours and the actual time worked was 13 hours. Which you had confirmed only after your foreman requested a detailed description of overtime work in writing. This type of behavior is completely unacceptable and will not be tolerated.

In addition other employees that worked with you on the shift had reported that you as a lead mechanic had also directed them to inflate there hours. This behavior is completely unethical and unacceptable; any further attempts to influence other employees to illegal actions will lead to your automatic dismissal.

AWW000484

Yours truly,

Ilya Brodsky
President

# EXHIBIT H

MIDTOWN AIR CONDITIONING AND VENTILATION, LTD
545 EIGHTH AVENUE, 6TH FLOOR
NEW YORK, NY 10018
T. (212) 239-8855
F. (212) 629-8605

Date: 02/02/2006

# DISCIPLINARY MEMO
# To:  Simon Norales

This it to inform you that the overtime hours that were reported to your Forman Igor Sinayuk for the week January 9,2006 were not accurate. In fact they were inflated by 3 hours as your own written record indicated. The reported hours to your foreman were 16 hours and the actual time worked was 13 hours.  Which you had confirmed only after your foreman requested a detailed description of overtime work in writing. This type of behavior is completely unacceptable and will not be tolerated.

In addition other employees that worked with you on the shift had reported that you as a lead mechanic had also directed them to inflate there hours. This behavior is completely unethical and unacceptable; any further attempts to influence other employees to illegal actions will lead to your automatic dismissal.

AWM000434

Yours truly,

Ilya Brodsky
President

# EXHIBIT I

MIDTOWN AIR CONDITIONING AND VENTILATION, LTD
545 EIGHTH AVENUE, 6TH FLOOR
NEW YORK, NY 10018
T. (212) 239-8855
F. (212) 629-8605

Date: 02/17/2006

# DISCIPLINARY MEMO

## To: Simon Norales

• On 02.15.06 Roman visited Saint Francis Hospital at 3:00 PM to explain the scope of the job for the following morning but you had already left the site. Yet you called in at 3:36 to call out, **once again you are supposed call-out while you are still at the job site NOT once you left.** You had left the job early and called as though you had worked a full day.

In addition you had stated that you left early because you did not have lunch. **Other parties on the job site had attested that you indeed took lunch. This behavior is unacceptable and will not be tolerated. If any employee is caught lying they will be penalized. A record will be made and sent to the union.**

Please note that you are now on probation subject to disciplinary action this is a second disciplinary memo in a two-week period.

**Best Regards**

AWW000485

**Management**

# EXHIBIT J

| PERIOD ENDING | CHECK DATE | DEPT | REGULAR HOURS | REGULAR EARNINGS | OVERTIME HOURS | OVERTIME EARNINGS | OTHER HOURS | OTHER EARNINGS | CODE CD | GROSS | FEDERAL | SOC SEC | MEDICARE | OTHER TAXES | DEDUCTIONS | NET PAY | CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/06/03 | 10/06/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | 57.50 | 627.91 | 8770 |
| 10/13/03 | 10/10/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | | 685.41 | 8778 |
| 10/20/03 | 10/20/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | | 685.41 | 8769 |
| 10/27/03 | 10/27/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | 57.50 | 627.91 | 8800 |
| 11/03/03 | 11/03/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | | 685.41 | 8808 |
| 11/10/03 | 11/10/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | | 685.41 | 8818 |
| 11/17/03 | 11/17/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | | 685.41 | 8828 |
| 11/24/03 | 11/24/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | 57.50 | 627.91 | 8835 |
| 12/01/03 | 12/01/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | | 685.41 | 8842 |
| 12/08/03 | 12/08/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | 57.50 | 685.41 | 8846 |
| 12/15/03 | 12/15/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | | 685.41 | 8848 |
| 12/22/03 | 12/22/03 | 000120 | 40.00 | 920.00 | | | | | | 920.00 | 92.23 | 57.04 | 13.34 | 71.98 | | 685.41 | 8852 |
| 12/29/03 | 12/29/03 | 000120 | 32.00 | 736.00 | | | | | | 736.00 | 64.63 | 45.63 | 10.67 | 52.20 | | 562.87 | 8858 |
| FOURTH QUARTER TOTALS: | | | 512.00 | 11776.00 | | | | | | 11776.00 | 1171.39 | 730.11 | 170.75 | 562.26 NY 345.90 NYCRM 7.80 SDI | 172.50 U | 8615.29 | |
| YEAR TO DATE: | | | 1839.50 | 41908.50 | 80.00 | | 1840.00 | 23 | | 43748.50 | 4476.64 | 2712.40 | 634.34 | 2075.60 NY 1278.89 NYCRM 29.40 SDI | 798.75 U | 31742.48 | |

SS#: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
Dept:000120
Rate/Salary:25.5000

Federal Tax:M 1
State Tax:NY M 1

Hire Date:01/13/95
Term Date:04/17/06

Birth Date:00/00/00
Last Raise Date:01/16/06

11 SIMEON NORALES
72 TINTON AVE.
BRONX, NY 10455

| PERIOD | BEGIN | END | CHECK DATE |
|---|---|---|---|
| 0 | 00/00/00 | 00/00/00 | 00/00/00 |

11 MIDTOWN AIR CONDITIONING &

**EMPLOYEE PAY HISTORY**

| PERIOD ENDING | CHECK DATE | DEPT | REGULAR HOURS | REGULAR EARNINGS | OVERTIME HOURS | OVERTIME EARNINGS | OTHER HOURS | OTHER CODED EARNINGS | CD | GROSS | FEDERAL | SOC SEC | MEDICARE | OTHER TAXES | DEDUCTIONS | NET PAY | CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **THIRD QUARTER TOTALS:** | | | 424.00 | 7208.00 | | | 80.00 | 1560.00 | 23 | 8568.00 | 748.95 | 531.22 | 124.24 | 317.51 NY 196.72 NYCRS 7.80 SDI | 127.50 U | 6514.06 | |
| 10/06/03 | 10/06/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | 42.50 | 482.40 | 24920 |
| 10/13/03 | 10/10/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 25100 |
| 10/20/03 | 10/20/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 25280 |
| 10/27/03 | 10/27/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | 42.50 | 482.40 | 25450 |
| 11/03/03 | 11/05/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 25630 |
| 11/10/03 | 11/10/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 25800 |
| 11/17/03 | 11/17/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 25980 |
| 11/24/03 | 11/24/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | 42.50 | 482.40 | 26150 |
| 12/01/03 | 12/01/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 26330 |
| 12/08/03 | 12/08/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 26500 |
| 12/15/03 | 12/15/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 26680 |
| 12/22/03 | 12/22/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 26850 |
| 12/29/03 | 12/29/03 | 000120 | 32.00 | 544.00 | | | | | | 544.00 | 40.35 | 33.73 | 7.89 | 28.20 | 127.50 U | 433.83 | 27030 |
| **FOURTH QUARTER TOTALS:** | | | 512.00 | 8704.00 | | | 80.00 | 1560.00 | 23 | 8704.00 | 769.35 | 539.65 | 126.21 | 326.52 NY 201.84 NYCRS 7.80 SDI | 127.50 U | 6605.13 | |
| **YEAR TO DATE:** | | | 1944.00 | 32264.00 | | | 80.00 | 1360.00 | 23 | 33624.00 | 2934.02 | 2084.70 | 487.56 | 1227.08 NY 762.05 NYCRS 31.20 SDI | 497.50 U | 25599.89 | |

20 BERNARD RAMIREZ
180 TROY AVENUE #3C
BROOKLYN, NY 11213

SS#: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
Dept:000120
Rate/Salary:19.0000

Hire Date:10/25/99
Term Date:04/24/06

Federal Tax:S 3
State Tax:NY S 3

Birth Date:00/00/00
Last Raise Date:02/02/06

| PERIOD | BEGIN | END | CHECK DATE |
|---|---|---|---|
| 0 | 00/00/00 | 00/00/00 | 00/00/00 |

EMPLOYEE PAY HISTORY

C13-6460P MIDTOWN AIR CONDITIONING &

02/14/08 04:47 p

## EMPLOYEE PAY HISTORY

C13-6460P MIDTOWN AIR CONDITIONING &

| PERIOD ENDING | CHECK DATE | DEPT | REGULAR HOURS | REGULAR EARNINGS | OVERTIME HOURS | OVERTIME EARNINGS | OTHER HOURS | OTHER CODED EARNINGS | CD | GROSS | FEDERAL | SOC SEC | MEDICARE | OTHER TAXES | DEDUCTIONS | NET PAY | CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/03 | 01/06/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | 40.00 | 456.72 | 17380 |
| 01/13/03 | 01/13/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | 17620 |
| 01/13/03 | 01/15/03 | 000120 | 24.00 | 384.00 | | | | | | 384.00 | 17.89 | 23.81 | 5.57 | 13.72 | | 323.01 | 17830 |
| 01/27/03 | 01/27/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | 40.00 | 456.72 | 18060 |
| 02/03/03 | 02/03/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | 18250 |
| 02/10/03 | 02/10/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | 18610 |
| 02/17/03 | 02/17/03 | 000120 | 36.00 | 576.00 | | | | | | 576.00 | 46.69 | 35.71 | 8.35 | 31.28 | | 453.97 | 18800 |
| 02/24/03 | 02/24/03 | 000120 | 44.00 | 704.00 | | | | | | 704.00 | 65.89 | 43.65 | 10.21 | 44.91 | | 539.34 | 18990 |
| 03/03/03 | 03/03/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | 40.00 | 456.72 | 19190 |
| 03/10/03 | 03/10/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | 19400 |
| 03/17/03 | 03/17/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | 19610 |
| 03/24/03 | 03/24/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | 19820 |
| 03/31/03 | 03/31/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | |
| **FIRST QUARTER TOTALS:** | | | **504.00** | **8064.00** | | | | | | **8064.00** | **693.57** | **499.97** | **116.93** | **284.72 NY / 177.69 NYCRS / 7.80 SDI** | **120.00 U** | **6163.52** | |
| 04/07/03 | 04/07/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | 40.00 | 456.72 | 20020 |
| 04/14/03 | 04/14/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | 20250 |
| 04/21/03 | 04/21/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | 20040 |
| 04/28/03 | 04/28/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | 20650 |
| 05/05/03 | 05/05/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | 20860 |
| 05/12/03 | 05/12/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 56.29 | 39.68 | 9.28 | 38.03 | | 496.72 | 21070 |
| 05/19/03 | 05/19/03 | 000120 | 40.00 | 640.00 | | | | | | 640.00 | 62.29 | 42.16 | 9.86 | 42.33 | 42.50 | 523.36 | 21280 |
| 05/26/03 | 05/26/03 | 000120 | 40.00 | 640.00 | | | | | | 680.00 | 41.89 | 33.73 | 7.89 | 28.20 | | 389.79 | 21470 |
| 06/02/03 | 06/02/03 | 000120 | 32.00 | 544.00 | | | | | | 680.00 | 62.29 | 42.16 | 9.86 | 42.33 | | 523.36 | 21670 |
| 06/09/03 | 06/09/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 62.29 | 42.16 | 9.86 | 42.33 | 42.50 | 523.36 | 21860 |
| 06/16/03 | 06/16/03 | 000120 | 32.00 | 680.00 | | | | | | 544.00 | 40.35 | 33.73 | 7.89 | 28.20 | | 433.83 | 22040 |
| 06/23/03 | 06/23/03 | 000120 | 32.00 | 544.00 | | | | | | 544.00 | 40.35 | 33.73 | 7.89 | 28.20 | | 433.83 | 22230 |
| 06/30/03 | 06/30/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 22420 |
| **SECOND QUARTER TOTALS:** | | | **504.00** | **8288.00** | | | | | | **8288.00** | **722.35** | **513.86** | **120.18** | **296.33 NY / 185.80 NYCRS / 7.80 SDI** | **122.50 U** | **6317.18** | |
| 07/07/03 | 07/07/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | 42.50 | 482.40 | 22590 |
| 07/14/03 | 07/14/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 22790 |
| 07/21/03 | 07/21/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 22970 |
| 07/28/03 | 07/28/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 23150 |
| 08/04/03 | 08/04/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 23320 |
| 08/11/03 | 08/11/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | 42.50 | 482.40 | 23500 |
| 08/18/03 | 08/18/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 23680 |
| 08/25/03 | 08/25/03 | 000120 | 40.00 | 680.00 | | | | | | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 23850 |
| 09/01/03 | 09/01/03 | 000120 | 32.00 | 544.00 | | | | | | 680.00 | 40.35 | 33.73 | 7.89 | 28.20 | | 435.83 | 24020 |
| 09/01/03 | 09/01/03 | 000120 | | | | | | 680.00 | 23 | 482.40 | 60.75 | 42.16 | 9.86 | 42.33 | 42.50 | 482.40 | 24030 |
| 09/15/03 | 09/15/03 | 000120 | 32.00 | 544.00 | | | | | | 544.00 | 40.35 | 33.73 | 7.89 | 28.20 | | 435.83 | 24400 |
| 09/22/03 | 09/22/03 | 000120 | 40.00 | 680.00 | | | 40.00 | 680.00 | 23 | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 24580 |
| 09/29/03 | 09/29/03 | 000120 | 40.00 | 680.00 | | | 40.00 | 680.00 | 23 | 680.00 | 60.75 | 42.16 | 9.86 | 42.33 | | 524.90 | 24750 |

SS# 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
Dept:000120
Rate/Salary:19.0000

Federal Tax:S 3
State Tax:NY S 3

Hire Date:10/25/99
Term Date:04/24/06

Birth Date:00/00/00
Last Raise Date:02/02/06

| PERIOD | BEGIN | END | CHECK DATE | | |
|---|---|---|---|---|---|
| 0 | 00/00/00 | 00/00/00 | 00/00/00 | 00/00/00 | 00/00/00 |

20 BERNARD RAMIREZ
1807 TROY AVENUE #3C
BROOKLYN, NY 11213

PAGE 46

02/26/08 01:47 P

# EXHIBIT K

# EMPLOYEE PAY HISTORY

**C13-6975P   MIDTOWN/ILAN INDUSTRIES, LTD.**

| PERIOD ENDING | CHECK DATE | DEPT | REGULAR HOURS | REGULAR EARNINGS | OVERTIME HOURS | OVERTIME EARNINGS | OTHER HOURS | OTHER CODED EARNINGS | CD | GROSS | FEDERAL | SOC SEC | MEDICARE | OTHER TAXES | DEDUCTIONS | NET PAY | CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/26/04 | 02/02/04 | 000300 | 40.00 | 600.00 | | | | | | 600.00 | 44.23 | 37.20 | 8.70 | 22.90 | | 486.97 | 100249 |
| 02/02/04 | 02/06/04 | 000300 | 40.00 | 600.00 | | | | | | 600.00 | 44.23 | 37.20 | 8.70 | 22.90 | | 486.97 | 100250 |
| 02/09/04 | 02/13/04 | 000300 | 40.00 | 600.00 | | | | | | 600.00 | 44.23 | 37.20 | 8.70 | 22.90 | | 486.97 | 100251 |
| 02/16/04 | 02/20/04 | 000300 | 40.00 | 600.00 | | | | | | 600.00 | 44.23 | 37.20 | 8.70 | 22.90 | | 486.97 | 100252 |
| 02/23/04 | 02/27/04 | 000300 | 32.00 | 480.00 | | | | | | 480.00 | 26.65 | 29.76 | 6.96 | 15.32 | | 401.31 | 100253 |
| 03/01/04 | 03/05/04 | 000300 | 40.00 | 600.00 | | | | | | 600.00 | 44.23 | 37.20 | 8.70 | 22.90 | | 486.97 | 100254 |
| 03/08/04 | 03/08/04 | 000300 | 40.00 | 680.00 | | | | 80.00 | 29 | 760.00 | 68.23 | 47.12 | 11.02 | 33.86 | | 599.77 | 100255 |
| 03/15/04 | 03/15/04 | 000300 | 40.00 | 680.00 | | | | | | 680.00 | 56.23 | 42.16 | 9.86 | 28.38 | | 543.37 | 100256 |
| 03/22/04 | 03/22/04 | 000300 | 40.00 | 680.00 | | | | | | 680.00 | 56.23 | 42.16 | 9.86 | 28.38 | | 543.37 | 100257 |
| 03/29/04 | 03/29/04 | 000300 | 32.00 | 544.00 | | | | | | 544.00 | 35.83 | 33.73 | 7.89 | 19.10 | | 447.45 | 100258 |
| **FIRST QUARTER TOTALS:** | | | **384.00** | **6064.00** | | | | **80.00** | **29** | **6144.00** | **464.32** | **380.93** | **89.09** | **233.54 NY / 6.00 SDI** | | **4970.12** | |
| 04/26/04 | 04/26/04 | 000300 | 40.00 | 680.00 | | | | | | 680.00 | 56.23 | 42.16 | 9.86 | 28.38 | | 543.37 | 100259 |
| 04/26/04 | 04/26/04 | 000300 | | | 32.00 | 544.00 | | 544.00 | 29 | 544.00 | 35.83 | 33.73 | 7.89 | 19.10 | | 447.45 | 100260 |
| 05/03/04 | 05/03/04 | 000300 | 40.00 | 680.00 | | | | | | 680.00 | 56.23 | 42.16 | 9.86 | 28.38 | | 543.37 | 100261 |
| 05/10/04 | 05/10/04 | 000300 | 40.00 | 680.00 | | | | | | 680.00 | 56.23 | 42.16 | 9.86 | 28.38 | | 543.37 | 100262 |
| 05/17/04 | 05/17/04 | 000300 | 40.00 | 680.00 | | | | | | 680.00 | 56.23 | 42.16 | 9.86 | 28.38 | | 543.37 | 100263 |
| 05/24/04 | 05/24/04 | 000300 | 40.00 | 680.00 | | | | | | 680.00 | 56.23 | 42.16 | 9.86 | 28.38 | | 543.37 | 100264 |
| 05/31/04 | 05/31/04 | 000300 | 40.00 | 680.00 | | | | | | 680.00 | 56.23 | 42.16 | 9.86 | 28.38 | | 543.37 | 100265 |
| 06/07/04 | 06/07/04 | 000300 | | | 8.00 | 204.00 | | | | 204.00 | 0.00 | 12.65 | 2.96 | 2.24 | | 186.15 | 100266 |
| 06/14/04 | 06/14/04 | 000300 | 4.00 | 68.00 | | | | | | 68.00 | 0.00 | 4.22 | 0.99 | 0.34 | | 62.45 | 100267 |
| **SECOND QUARTER TOTALS:** | | | **280.00** | **4828.00** | **8.00** | **748.00** | **32.00** | **544.00** | **29** | **5576.00** | **429.44** | **345.72** | **80.86** | **214.60 NY / 5.74 SDI** | | **4499.64** | |
| 08/09/04 | 08/09/04 | 000300 | 40.00 | 680.00 | 6.00 | 153.00 | | | | 833.00 | 79.18 | 51.65 | 12.08 | 38.86 | | 651.23 | 100268 |
| 08/09/04 | 08/09/04 | 000300 | 40.00 | 680.00 | | | | | | 680.00 | 56.23 | 42.16 | 9.86 | 27.78 | | 543.97 | 100269 |
| 08/16/04 | 08/16/04 | 000300 | 40.00 | 680.00 | | | | | | 680.00 | 56.23 | 42.16 | 9.86 | 28.38 | | 543.37 | 100270 |
| 08/16/04 | 08/16/04 | 000300 | | | | | 40.00 | 680.00 | 20 | 680.00 | 56.23 | 42.16 | 9.86 | 28.38 | | 543.37 | 100271 |
| 08/23/04 | 08/23/04 | 000300 | 40.00 | 680.00 | 14.00 | 357.00 | | | | 1037.00 | 109.78 | 64.29 | 15.04 | 52.84 | | 795.05 | 100272 |
| 08/30/04 | 08/30/04 | 000300 | 24.00 | 408.00 | | | | | | 408.00 | 19.45 | 25.30 | 5.92 | 11.11 | | 346.22 | 100273 |
| 09/07/04 | 09/07/04 | 000300 | 32.00 | 544.00 | | | | | | 544.00 | 35.83 | 33.73 | 7.89 | 19.10 | | 447.45 | 100274 |
| 09/20/04 | 09/20/04 | 000300 | | | | | 8.00 | 272.00 | 20 | 720.00 | 62.23 | 44.64 | 10.44 | 9.53 | | 571.57 | 100275 |
| 09/27/04 | 09/27/04 | 000300 | 21.00 | 378.00 | | | | | | 378.00 | 16.45 | 23.44 | 5.48 | 9.55 | | 323.10 | 100276 |
| **THIRD QUARTER TOTALS:** | | | **261.00** | **4498.00** | **20.00** | **510.00** | **8.00 / 40.00** | **272.00 / 680.00** | **20 / 20** | **5960.00** | **491.61** | **369.53** | **86.43** | **242.30 NY / 4.80 SDI** | | **4765.33** | |
| 10/04/04 | 10/04/04 | 000300 | 43.00 | 774.00 | | | | | | 774.00 | 70.33 | 47.99 | 11.22 | 34.82 | | 609.64 | 100277 |
| 10/11/04 | 10/11/04 | 000300 | 40.00 | 720.00 | 3.00 | 81.00 | | | | 801.00 | 74.38 | 49.66 | 11.61 | 36.67 | | 628.68 | 100283 |
| 10/18/04 | 10/18/04 | 000300 | 40.00 | 720.00 | | | | | | 720.00 | 62.23 | 44.64 | 10.44 | 31.12 | | 571.57 | 100284 |
| 10/25/04 | 10/25/04 | 000300 | 40.00 | 720.00 | | | | | | 720.00 | 62.23 | 44.64 | 10.44 | 31.12 | | 571.57 | 100285 |
| 11/01/04 | 11/01/04 | 000300 | 40.00 | 720.00 | | | | | | 720.00 | 62.23 | 44.64 | 10.44 | 31.12 | | 571.57 | 100286 |
| 11/08/04 | 11/08/04 | 000300 | 40.00 | 720.00 | | | | | | 720.00 | 62.23 | 44.64 | 10.44 | 31.12 | | 571.57 | 100287 |
| 11/15/04 | 11/15/04 | 000300 | 40.00 | 720.00 | | | | | | 720.00 | 62.23 | 44.64 | 10.44 | 31.12 | | 571.57 | 100288 |
| 11/22/04 | 11/22/04 | 000300 | 40.00 | 720.00 | | | | | | 720.00 | 62.23 | 44.64 | 10.44 | 31.12 | | 571.57 | 100289 |
| 11/29/04 | 11/29/04 | 000300 | 40.00 | 720.00 | | | | | | 720.00 | 62.23 | 44.64 | 10.44 | 31.12 | | 571.57 | 100290 |

48  RYAN MCKENZI
52 RUSSELL STREET
WHITE PLAINS, NY 10606

SS#: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
Dept:000300
Rate/Salary:18.0000

Federal Tax:M 1
State Tax:NY M 1

Hire Date:11/10/03    Term Date:01/17/05
Birth Date:00/00/00    Last Raise Date:09/15/04

| | PERIOD | | | BEGIN | END | CHECK DATE |
|---|---|---|---|---|---|---|
| 0 | 00/00/00/00 | | | 00/00/00 | 00/00/00 | 00/00/00 |

01/25/06 04:58 p

C13-6975P  MIDTOWN/ILAN INDUSTRIES, LTD.

PAGE 1

EMPLOYEE PAY HISTORY

01/25/04 04:58 p

| PERIOD ENDING | CHECK DATE | DEPT | REGULAR HOURS | REGULAR EARNINGS | OVERTIME HOURS | OVERTIME EARNINGS | OTHER HOURS | CODED EARNINGS | CD | GROSS | FEDERAL | SOC SEC | MEDICARE | OTHER TAXES | DEDUCTIONS | NET PAY | CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/03 | 11/10/03 | 000300 | 40.00 | 600.00 | | | | | | 600.00 | 76.35 | 37.20 | 8.70 | 24.88 | | 452.87 | 100231 |
| 11/17/03 | 11/17/03 | 000300 | 40.00 | 600.00 | | | | | | 600.00 | 76.35 | 37.20 | 8.70 | 24.88 | | 452.87 | 100237 |
| 11/24/03 | 11/24/03 | 000300 | 40.00 | 600.00 | | | | | | 600.00 | 44.23 | 37.20 | 8.70 | 22.90 | | 486.97 | 100238 |
| 12/01/03 | 12/01/03 | 000300 | 40.00 | 600.00 | | | | | | 600.00 | 44.23 | 37.20 | 8.70 | 22.90 | | 486.97 | 100239 |
| 12/08/03 | 12/08/03 | 000300 | 40.00 | 600.00 | | | | | | 600.00 | 44.23 | 37.20 | 8.70 | 22.90 | | 486.97 | 100240 |
| 12/15/03 | 12/15/03 | 000300 | 40.00 | 600.00 | | | | | | 600.00 | 44.23 | 37.20 | 8.70 | 22.90 | | 486.97 | 100241 |
| 12/22/03 | 12/22/03 | 000300 | 21.00 | 315.00 | | | | | | 315.00 | 10.15 | 19.53 | 4.57 | 6.68 | | 274.07 | 100242 |
| 12/29/03 | 12/29/03 | 000300 | 40.00 | 600.00 | | 322.00 | | | | 922.00 | 92.53 | 57.16 | 13.37 | 44.96 | | 713.98 | 100243 |
| FOURTH QUARTER TOTALS: | | | 301.00 | 4515.00 | | 322.00 | | | | 4837.00 | 432.30 | 299.89 | 70.14 | 188.20 NY<br>4.80 SDI | | 3841.67 | |
| YEAR TO DATE: | | | 301.00 | 4515.00 | | 322.00 | | | | 4837.00 | 432.30 | 299.89 | 70.14 | 188.20 NY<br>4.80 SDI | | 3841.67 | |

48 RYAN MCKENZI
52 RUSSELL STREET
WHITE PLAINS, NY 10606

SS#: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
Dept:000300
Rate/Salary:18.0000

Federal Tax:M  1
State Tax:NY M  1

| PERIOD | BEGIN | END | CHECK DATE |
|---|---|---|---|
| 0 | 00/00/00 | 00/00/00 | 00/00/00 |

Hire Date:11/10/03
Term Date:01/17/05

Birth Date:00/00/00
Last Raise Date:09/15/04