**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
Eric Stuart (ES-1265)
Attorneys for Defendant,
Midtown Air Conditioning
and Ventilation, Ltd.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

| | | |
|---|---|---|
| ANGEL VARGAS, FELIX BONILLA, RYAN MCKENZIE, BERNARDO RAMIREZ and SIMON NORALES | : : : | Case No.: 1:07-cv-03343-RMB Honorable Richard M. Berman, U.S.D.J. |
| | : | |
| Plaintiff, | : | *Civil Action* |
| | : | |
| v. | : | **AFFIDAVIT OF ERIC STUART IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| | : | |
| | : | |
| MIDTOWN AIR CONDITION AND VENTILATION, LTD. | : : | **Document Electronically Filed** |
| | : | |
| Defendant. | : | |

-------------------------------------------------

I, ERIC STUART, hereby state and declare:

1.    I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., counsel of record for Midtown Air Conditioning and Ventilation, LTD. I have personal knowledge of the facts contained in this Affidavit.

2.    Attached as Exhibit A is a true and correct copy of relevant pages from the Deposition of Plaintiff Angel Vargas.

3.    Attached as Exhibit B is a true and correct copy of relevant pages from the Deposition of Plaintiff Simon Norales.

4.      Attached as Exhibit C is a true and correct copy of relevant pages from the Deposition of Ryan McKenzie.

5.      Attached as Exhibit D is a true and correct copy of relevant pages from the Deposition of Bernardo Ramirez.

6.      Attached as Exhibit E is a true and correct copy of relevant pages from the Deposition of Simon Norales.

7.      During the course of the discovery, this office issued a subpoena to the New York City Comptroller's Office.  Attached as Exhibit F are true and correct copies of the documents we received in response.

8.      Attached as Exhibit G is a true and correct copy of the Complaint.


I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on this Twenty-Eighth Day of March, 2008, in Morristown, New Jersey.


                                        ____/s/ Eric Stuart_____