# EXHIBIT A

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .x

ANGEL VARGOS, FELIX BONILLA,

5  RYAN MCKENZIE, BERNARDO RAMIREZ AND

SIMON NORALES,

6                          Plaintiffs,

7            ·against·

8  MIDTOWN AIR CONDITIONING &

VENTILATION, LTD.,

9

                         Defendant.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .x

10

11                  2 Penn Plaza

New York, New York

12

December 10, 2007

13                  10:15 A.M.

14

          DEPOSITION of ANGEL VARGOS, one of the

15  Plaintiffs, taken by the Defendant, pursuant to Order,

16  held at the above·noted time and place, before a Notary

17  Public of the State of New York.

18

19              *          *          *          *

20

21

22

23

24

25

1                    Angel Vargos                    27

2       comments.

3       Q       Have you ever had any physical or

4  mental disabilities?

5       A       No.

6       Q       Do you possess any licenses?

7       A       Like what kind of license?

8       Q       Any kind of license?

9       A       A driver's license.

10      Q       Anything else?

11      A       That is about it.

12      Q       Do you belong to any Unions?

13      A       Yes, I do.

14      Q       What Union?

15      A       Local 810.

16      Q       Have you ever belonged to any other

17  Unions?

18      A       No.

19      Q       How long have you been a member of

20  Local 810?

21      A       Since 1998.

22      Q       Have you ever been suspended from

23  Local 810?

24      A       Well, that I don't quite understand.

25      Q       Have you ever failed to pay your dues?

```
1                    Angel Vargos              38
2  That is for sure.
3            And we started working with more
4  commercial units, rooftop units.
5            In other words, the business expense
6  to do big jobs.
7            Can I take a break now?
8            MR. CAPOZZOLA:  Yes.
9            Off the record.
10            (Whereupon, a brief recess was taken
11      off the record.)
12       Q     When Mr. Brodsky purchased Midtown,
13  did he hire all the existing employees?
14       A     When the old Midtown?
15       Q     Yes.
16       A     Me.  It was another guy, Arcadi and
17  some other Service Mechanic also.
18            It was, yes, about five of us that
19  came from there.
20            We was employed with him.  Yes.
21       Q     Do you recall who the other two were?
22            You mentioned --
23       A     -- Peter and Arcadi.
24       Q     Was Peter the Mechanic?
25       A     He was the Mechanic.
```

1                          Angel Vargos                      59

2    question.  But I need to get it on the record.

3                    How would you define your race?

4                    As Hispanic, as Puerto Rican?

5                    MR. WOTORSON:  Objection to the form.

6         I would like you to have her read back the

7         question and you listen to what you said and

8         maybe you will pick up what I think is a

9         mistake.

10                   But, if not --

11                   MR. CAPOZZOLA:  Let me ask it again.

12        Q       What is your race?

13        A       I am an American Puerto Rican.

14        Q       Do you consider yourself Hispanic?

15        A       Yes.

16        Q       Your national origin is Puerto Rico?

17        A       I was born in Puerto Rico, yes.

18        Q       Do you have an African-American

19   ancestry?

20        A       That I know of, no.

21        Q       I guess, I should say, African

22   ancestry.

23        A       No.

24                MR. WOTORSON:  Are you sure?

25                THE WITNESS:  I'm from Puerto Rico.

Angel Vargos                                69

1

2   Q     You don't remember what project that

3   you were working on right before you were laid

4   off?

5   A     I could be working in his house.  I

6   did a lot of work in his house.

7         And sometimes I would be doing little

8   jobs at Chelsea Recreation Center on 25th Street

9   between 8th and 9th.

10   Q     I want to know what the job was that

11   you were working on right before you were laid

12   off.

13         Do you recall?

14   A     I'm not sure.

15         It was probably I was working in his

16   house.

17   Q     You think that you were working in his

18   house?

19   A     It could be there or it could be in

20   Chelsea Recreation Center.

21   Q     You don't know, do you?

22   A     At this moment, no.  I have it in my

23   notes.

24   Q     Do you know whether you finished that

25   project before you were laid off?

```
 1                    Angel Vargos                70

 2       A      In this case, you hardly finish the

 3  job because they always take you off and put

 4  somebody else.

 5              You hardly never start something and

 6  finish it.

 7       Q      Did you finish what you were supposed

 8  to do at the job?

 9       A      What I was supposed to do I got, at

10  that time, yes.

11       Q      You did finish that, right?

12       A      Whatever he sent me to do at that job

13  for those hours we worked, yes.

14       Q      After you finished, they told you that

15  there was no work and they laid you off for a

16  couple of weeks?

17       A      Yes.

18              He called us to the office to have a

19  meeting.

20       Q      You were laid off at that meeting?

21       A      He was telling us at that meeting,

22  yes.

23       Q      So Ilya Brodsky had a meeting.

24              Is that correct?

25       A      Yes.
```

```
1                      Angel Vargos                    71

2        Q      What did he say at the meeting?

3        A      At this time I can't recall.

4        Q      Was it in Midtown's office?

5        A      It was Midtown's office.

6               The only thing I remember is we have a

7   job coming in the Ninth Precinct.

8               That I remember.  That is about it.

9        Q      Did he say that you were laid off?

10              How did you find out that you were

11  being laid off?

12       A      That's when he took us to the office

13  to tell us about that.

14              That now it's kind of slow.  We have a

15  big job.  So I'm going to see if I can lay some of

16  these guys off.

17       Q      Did he lay off other workers that were

18  going to start on the Ninth Precinct jobs?

19       A      Yes.

20       Q      Do you recall who else that he laid

21  off?

22       A      It was me, Angel.

23              Simon.  I think Simon Norales.

24  Bernardo Ramirez.

25       Q      So Angel, Bernardo and Simon.
```

```
                          Angel Vargos                    107
```

1                          Angel Vargos                    107

2   other than the fact that it was slow or that they

3   didn't have anything?

4        A      No.

5               They gave me no reason at all.

6        Q      Did you ever hear anyone at Midtown

7   make any comments about Puerto Ricans?

8        A      That I know of, no.

9        Q      What about Hispanics?

10       A      That I know of, no.

11       Q      So you also claim that Midtown hired

12  Russians in March of 2006.

13              Is that correct?

14              Or Europeans?

15       A      This was when they call me back.  It

16  was March.

17              I went to Con Ed and I went there and

18  I saw new faces there, yes.

19              And I see one of the guys that was

20  working the Ninth Precinct with us.

21              He was working still there.

22       Q      What was the name of the guy from the

23  Ninth Precinct?

24       A      I can't recall his name now.

25       Q      This was the Con Edison site?

```
1                    Angel Vargos                112
2              You have identified this one Russian
3   guy who is at Con Ed.
4              Are there any others?
5        A    I know, at this time, that's the only
6   one that I know.
7        Q    Do you know what title he had?
8        A    He was doing Tin Knocker.  That's duct
9   work.
10       Q    Does that make him a Sheet Metal
11  Mechanic?
12       A    Yes.
13             Working with sheet metal.
14       Q    Did you file a grievance with your
15  Union about this?
16       A    At that time I wasn't in the Union.
17             I was terminated without me knowing
18  about it.
19       Q    Did you try to file a grievance with
20  the Union?
21       A    I was terminated from the Union.
22             Even if I tried, I didn't know
23  anything until March.
24             When I went for a doctor appointment,
25  I find out that we got terminated from the Union.
```

```
1                    Angel Vargos                113

2       Q      I want to know if you tried to file a

3  grievance?

4       A      No.

5              We were terminated.

6              We didn't have nothing.

7       Q      Did you ever try to file a grievance

8  throughout your employment at Midtown?

9       A      I don't get the question.

10      Q      Did you ever try to file a grievance

11 with your Union about Midtown at any time during

12 your employment at Midtown?

13      A      Yes.

14             We did.  As a matter of fact, Simon

15 called John and said what happened to us.

16      Q      When?

17      A      I can't remember.  I can't recall

18 when.

19      Q      Are you talking about in March?  Was

20 this after the last layoff?

21      A      Yes.  Around that time.

22             After that.

23             Could be February.

24      Q      This was 2006?

25      A      2006.
```

Angel Vargos                          114

1

2      Q      Simon called John, the Delegate?

3      A      Yes.

4             He explained all the situation.  What

5   is going on.  Why we were getting laid off.

6      Q      So Simon called.

7             Did he talk to John?

8      A      Yes, he did talk to him a couple of

9   times.

10     Q      Did you talk to John about this?

11     A      Yes.

12            We was talking a couple of times back

13  and forth because he tried to help me get a job.

14            After all these years with Midtown, I

15  was there for awhile.

16     Q      Did you tell John that you wanted to

17  file a grievance with the Union?

18     A      I don't get that.

19     Q      Did you tell John that you wanted to

20  make a formal complaint with the Union?

21     A      We just told him what happened and

22  that was it.

23            That's all.

24            After that we didn't hear anything.

25     Q      Let's go back to Exhibit 3.

```
1                    Angel Vargos              143

2   because I had to pick up his mother because most

3   of the time I did a couple of times.

4            He called me to pick up his mother to

5   take her to her appointments or something like

6   that.

7            But I can't recall if it was that day.

8        Q    Do you recall having a half day's pay

9   deducted in September of 2005?

10       A    That I can't recall, no.

11           MR. CAPOZZOLA:  Mark this as

12       Defendant's Exhibit 10.

13           (Whereupon, Letter dated November 16,

14       2005 was marked as Defendant Vargos Exhibit

15       10 for Identification, as of today's date.)

16       Q    I'm going to hand you a document.

17           It is two pages.

18           The first page is labeled MACV00170

19   and the second page is labeled MACV00174.

20           This was marked as Defendant Vargos

21   Exhibit 10.

22           Have you ever seen these documents

23   before?

24       A    No.

25       Q    Have you ever seen the second page?
```

Angel Vargos                    144

1

2   Look at the second page.

3       A       No.

4               This job -- no, he never gave me this.

5       Q       Did you work at 143 Freedom Place

6   project?

7       A       Yes.

8               That's a doctor's office.

9               Yes, I did.

10      Q       Who was the contractor?

11      A       I forget his name.  I worked there,

12  yes.

13              I remember this place.

14      A       Was it William Bennet?

15      A       Yes.

16              That is probably him.

17      Q       Do you know for sure?

18      A       I'm not sure.

19              I know this job very clearly.  Yes, I

20  do.

21      Q       Did anyone complain to you about the

22  progress being made on the project?

23      A       No.  Nobody ever complained.

24              The only complaint we had from Midtown

25  was bringing the material late to us.

```
1                    Angel Vargos              1 4 5

2      Q     I don't understand that last thing.

3      A     When we started this job here, I

4  remember that there was me and Ryan McKenzie.

5           Before we even started this job, Roman

6  asked if we want to take the job on the other

7  contract and he will pay us on the side to do this

8  job.  And we told him no.

9           Because it was a very difficult job to

10 do that job.

11          Because I think it was over like

12 twenty, twenty-five feet in the air to work this

13 job.

14          And we had to put ducts on top of

15 other ducts and high and low and we couldn't

16 reach.

17          We had to go as high as we can and

18 step on top of that to go up there and shoot to

19 make holes for the hangers to hold the ducts.

20          That was a very difficult job.

21          I remember that.

22     Q     But no one complained to you about the

23 speed of your work?

24     A     No.

25          Nobody told us anything.
```

Angel Vargos                    146

Q    So, as far as you know, the client was happy about your progress.

Is that correct?

A    He comes there in the morning.  He didn't tell us anything.

Q    Did you finish working on that project?

A    No.

He took us out and he brung one, two, three teams.

Me and Brian alone there and took us out and put three teams on that to finish the job.

Q    Were these three teams employees of Midtown?

A    No.

They were outsiders.

Q    Sub-contractors?

A    Yes.

Q    What happened to you after this project?

Did you go to another job?

A    Yes.

This is after this job they send Ryan home and that's when I got laid off.

```
1                    Angel Vargos                147

2              They send me back to the Ninth

3    Precinct.

4              MR. CAPOZZOLA:  Mark this as Defendant

5    Vargos Exhibits 11 and 12.

6              (Whereupon, Company Meeting dated

7    2/2/06 was marked as Defendant Vargos

8    Exhibit 11 for Identification, as of today's

9    date.)

10             (Whereupon, Minutes of Meeting dated

11   2/2/06 was marked as Defendant Vargos

12   Exhibit 12 for Identification, as of today's

13   date.)

14        Q    Mr. Vargos, I'm handing you two

15   documents, Exhibit 11, which is marked AWW000000

16   and Exhibit 12, which is marked MACV00164.

17             Let's talk about first Exhibit 11.

18             Have you ever seen this document

19   before?

20        A    I don't quite remember this time.

21             I see my signature there.

22        Q    Is that your signature to the best of

23   your knowledge?

24        A    That is my signature.

25        Q    Have you ever seen this document,
```

```
 1              Angel Vargos              154
 2  do you know when you first saw it?
 3      A    It was given to us by Igor.
 4      Q    The third point states that on
 5  February 15, 2006, Roman visited St. Francis
 6  Hospital at 3:00 p.m. to explain the scope of this
 7  job for the following morning.
 8           But Angel, Bernard and Simon had
 9  already left the site.
10           They called in at 3:36 to call out.
11           Let's stop there.
12           Do you recall working at the St.
13  Francis Hospital?
14      A    Yes, I do.
15      Q    Did you leave before 3:00 on that
16  date?
17      A    We left early, yes.
18           Because we didn't have no lunch.
19           That was the date that it was snowing.
20  It was a lot of snow up on the roof and we were
21  working on the roof at St. Francis Hospital.
22      Q    Did you call in at 3:36 to call out?
23      A    I can't recall at this time.
24           But I don't think it was at that time
25  that we called in.
```

```
1                        Angel Vargos                    155

2              Because we always had to call in.

3        Q      Did you request permission to leave

4    early?

5        A      No, we don't have no lunch that day.

6              Like I said, it was snowing and we

7    were working on the roof.

8        Q      Aren't employees supposed to have

9    lunch under your Union Contract?

10       A      Lot's of times, even the Supervisor

11   says if he can finish the work, we wanted to

12   finish it.

13       Q      Do you recall what time that you

14   showed up at work that day?

15       A      This here?

16       Q      Yes.

17       A      For this here, we used to go by

18   Simon's house.

19              I was living in New Jersey.

20              It was hard for me to come from there

21   to go to Long Island.

22              I used to leave out of my house about

23   4:30 in the morning to go to Simon.  Go in his car

24   and he used to drive us over there.

25              Drive us three in the car and we used
```

<pre>
 1                    Angel Vargos                156

 2   to get over there.  We used to get there like five

 3   to 7:00 or ten to 7:00 whatever.

 4             That's the time that we would get

 5   there.

 6        Q     Do you recall what time that you were

 7   supposed to start working?

 8        A     7:00.

 9        Q     Why didn't you call in at the time

10   that you left that day?

11        A     Why we didn't call you said?

12        Q     Yes.

13        A     We called.

14        Q     But, did you call at the time you left

15   or did you call after?

16        A     No.

17             We called the time when we got into

18   the car.

19        Q     How long did it take you to get into

20   the car from where you were working?

21        A     By the time we pack up and everything

22   and leave, ten or fifteen minutes.  3:15.

23             Could be something like that.

24             At this time I can't recall anyway.

25        Q     Did you talk to any of your
</pre>

```
1                    Angel Vargos              183

2        Q      Did you ever have any other

3   conversation with Alex about this?

4        A      No.

5        Q      Were you involved in the investigation

6   of your Complaint after you filed it in June or

7   July?

8               MR. WOTORSON:  Objection to the form.

9        A      I don't understand.

10       Q      Did you ever attend any hearings with

11  Midtown and the New York City Comptroller's Office

12  regarding your Complaint?

13       A      No.

14       Q      Do you know how your complaint was

15  resolved?

16               MR. WOTORSON:  Objection to the form.

17       A      By filing the application.

18       Q      Do you know whether Midtown settled

19  with the Comptroller's Office?

20       A      For the Ninth Precinct only.  Yes.

21       Q      How do you know that they settled?

22               How do you know that Midtown settled?

23       A      Because of the letter they sent, which

24  it wasn't Midtown.

25               It was KBF that settled.
```

Angel Vargos                    184

Q       Who sent you the letter?

A       The Comptroller's Office.

Q       Do you recall when the letter was sent?

A       The amount of money, how much for the Ninth Precinct.

I believe. I have it.

I don't know. But he has the other information. I gave it to him.

Q       Do you believe that you still have a copy of that letter?

A       I have it, yes.

I have a copy of the letter.

It tells you the amount and what they gave it for. The one they gave it for. The Ninth Precinct job.

Q       Did you used to leave your job early?

A       On occasion.

Q       Did you ever leave your job before?

I'm talking about at Midtown, before you were supposed to leave?

A       Sometimes I did.

When I had to do errands for Ilya.

Because sometimes I had to cross the

```
 1                    Angel Vargos              186

 2   for him.

 3            Because certain times I had to be

 4   there, certain times.

 5       Q    So my question was, not once -- you

 6   were never late once to go to work?

 7       A    No.

 8            To my recollection, no.

 9       Q    Did Mr. Brodsky ever talk to you about

10   your E-Z Pass records?

11       A    No.

12       Q    Did you have a claim for prevailing

13   wages against Midtown as part of this lawsuit?

14       A    With the City?

15       Q    No.

16            Are you claiming that Midtown owes you

17   prevailing wages?

18       A    From way back, yes.

19       Q    That you think that they still owe

20   you, correct?

21       A    Oh, yes.

22       Q    What project do you believe that

23   you're entitled to prevailing wages from?

24       A    The one at the recreation center.  I

25   was a couple of years in there.
```

```
1                    Angel Vargos                  187

2         Q       Where else?

3         A       Also working on rehabilitation of

4    Engine Company 93.

5         Q       Anything else?

6         A       There are some more.

7                 Shea Stadium, but that belongs to the

8    Park.

9         Q       Anything else?

10        A       That's about it.

11        Q       How much do you believe that you're

12   owed for the Chelsea Rec Center?

13        A       I have no idea.

14        Q       How much do you believe that you're

15   owed for Engine Company 93?

16        A       I have no idea.

17        Q       How about for the Shea Stadium?

18        A       No idea.

19        Q       Did you tell the Department of Labor

20   that you wanted to collect prevailing wages for

21   any of these three projects?

22        A       At that time, no.

23        Q       I meant the Comptroller's Office.

24                You understood what I meant?

25        A       The Comptroller's Office, at that
```

```
 1                 Angel Vargos              188

 2  time, no.

 3           Because we just did it with the Ninth

 4  Precinct.

 5      Q     Did they tell you that they were not

 6  interested in pursuing those?

 7      A     No.

 8           They said they were, but they couldn't

 9  go back three years.

10           It was something like that.

11           The Comptroller said.

12      Q     Did they tell you those other claims

13  were too old?

14      A     No.

15           Her name -- she said if I wanted to

16  claim those other ones, I have to get myself a

17  lawyer.

18      Q     Did she explain what she meant?

19      A     Yes.

20           Because after three years, they only

21  could help you with what they have right now.

22           But past three years ago, they can't

23  do anything.

24           You have to go through a lawyer to get

25  the rest.
```

```
1                    Angel Vargos              189

2         Q      Do you have any documents relating to

3    the work that you performed on the Chelsea Rec

4    Center?

5         A      Yes.

6                My pay stubs.

7         Q      Anything else?

8         A      And I used to sign the books over

9    there also sometimes.

10        Q      Anything else?

11        A      That I can remember at this time?

12               That is all.

13        Q      Would your pay stubs show where you

14   were working?

15        A      No.

16        Q      During that period, were you still

17   being bounced around from project to project?

18        A      The Chelsea job was very, very big,

19   big job.

20               That was over $20 million job.  And we

21   had -- everybody was working there.  All of the

22   Tin Knockers.

23               Everybody was there for a good year

24   straight.

25        Q      Do you have any documents relating to
```

```
 1                    Angel Vargos                190

 2  Engine Company 93 project?

 3       A      No.

 4       Q      Other than your pay stubs?

 5       A      Other than the pay stubs.

 6       Q      How about Shea Stadium?

 7       A      I think I do have -- I did that.

 8              I used to go there.  You had to show

 9  ID.

10              They take your picture and everything

11  at Shea Stadium.

12       Q      Anything else?

13       A      No.

14       Q      Your pay stubs, of course?

15       A      Yes.

16       Q      But nothing else besides that?

17       A      Nothing else besides that.

18       Q      Are you claiming that you have

19  suffered emotional distress damages as a result of

20  anything done by Midtown?

21       A      I don't get you by that.

22       Q      Have you suffered any emotional

23  distress damages?

24       A      The only thing I can say is I am mad

25  for what he did.
```

1                    Angel Vargos                226

me.2

3      Q      How about Bernardo Ramirez?

4      A      Yes.

5      Q      Did you ever have any other

6  conversations with Ilya about this?

7      A      Like I said that day in the basement.

8  That's the only time I told him.

9      Q      Did you ever make it clear that you

10  believed there was a racial division between --

11     A      -- yes, there was.  Yes.

12     Q      What did you say?

13     A      Yes, there was racial.

14            MR. WOTORSON:  He asked you if you

15     ever made it clear or explicit?

16            Did you ever use those kinds of words?

17            THE WITNESS:  If I used those kinds of

18     words?

19            I just mentioned it.  But never to

20     Ilya.

21            I mentioned it to Igor and the Shop

22     Steward.

23     Q      You never said it to Ilya, right?

24     A      No.

25            Never said it to Ilya.

```
 1                    Angel Vargos                 227
 2        Q      So we're talking about all the
 3   conversations with Ilya now that you had about
 4   that topic?
 5        A      Yes.
 6               I told him why are these guys getting
 7   paid more than me?
 8               I never told him it was a racial
 9   issue.  I told the other guys.
10        Q      Let's talk about your conversation
11   with Alex now.
12               How many conversations did you have
13   about this?
14        A      Which Alex are you talking about?
15        Q      About the Shop Steward.
16        A      Wherever we were working together, we
17   sit down and we talk about it in the truck.
18               We had a lot of conversations and we
19   talk about it.
20        Q      Did you tell Alex that you believed
21   that the Whites or the Russians or the Europeans
22   were getting paid more?
23        A      You could say yes.
24               I told him why you guys are getting
25   paid more than me?
```