# EXHIBIT C

```
 1                        UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF NEW YORK
 2                       CIVIL ACTION NO. 07-3343

 3    ANGEL VARGAS, FELIX BONILLA,    :
      RYAN MC KENZIE, BERNARDO        :
 4    RAMIREZ & SIMON NORALES,        :
                                      :
 5                   Plaintiffs,      :
                   -v-                :    DEPOSITION OF:
 6                                    :
      MIDTOWN AIR CONDITION AND       :    RYAN MC KENZIE
 7    VENTILATION, LTD.,              :
                                      :
 8                   Defendant.       :
      x - - - - - - - - - - - - - - - x
 9
                    T R A N S C R I P T of the stenographic
10    notes of the proceedings taken by and before JOHN
      KEVIN STONE, a Certified Shorthand Reporter and
11    Notary Public of the State of New Jersey at the
      offices of OGLETREE, DEAKINS, NASH, SMOAK &
12    STEWART, ESQS.,521 5th Avenue, New York City, New
      York 10175, on Monday, November 19, 2007,
13    commencing at 11:00 a.m.

14
                         A P P E A R A N C E S:
15
                    AMBORSE WOTORSON, ESQ.,
16                  26 Court Street, Suite 1811
                    Brooklyn, New York 11242
17                  Attorney for the Plaintiffs

18                  OGLETREE, DEAKINS, NASH,
                    SMOAK & STEWART, ESQS.,
19                  BY:  DOMINICK CAPOZZOLA, ESQ.,
                    521 5th Avenue, Suite 1700
20                  New York, New York 10175
                    Attorney for the Defendant
21

22    _____
                    BRAZAITIS, HALPERIN & STONE
23                      P.O. Box 22363
                    Newark, New Jersey  07101
24                      (973) 994-2940

25
```

1    form?

2    A    No.

3        Q    Did you transfer to another school?

4    A    No.

5        Q    Did you -- do you have any other

6    college education besides Baruch?

7    A    No.

8        Q    What did you study while you were at

9    Baruch?

10    A    Advertising, marketing.

11        Q    Did you study anything related to

12    sheet metal work?

13    A    No.

14        Q    Do you have any vocational training?

15    A    Not quite sure I understand the question.

16        Q    Have you gone to any schools or

17    institutes to try to learn a trade?

18    A    Local 38.

19        Q    What did you study there?

20    A    Sheet metal.

21        Q    Do you recall when this began?

22    A    Maybe it would be around 2001.  I'm not

23    sure.

24        Q    How did you learn about Local 38?

25    A    Through friends.

```
 1              record.
 2       BY MR. CAPPOZOLA:
 3              Q       Do you belong to any organizations
 4       relating to sheet metal work?
 5       A       No.
 6              Q       Do you belong to any organizations
 7       relating to any other kind of professional trade?
 8       A       No.
 9              Q       How did you learn about Midtown
10       Air-Conditioning?
11       A       I had a couple of friends that worked there.
12              Q       Who were they?
13       A       There's this Christopher
14              Q       What's his last name?
15       A       I just know him as Christopher.
16              Q       Okay.
17                      And who else?
18       A       Uhm -- there's this guy called Mack.
19              Q       Do you know his last name?
20       A       No.
21              Q       How do you know them?
22       A       Mack I worked with at Abduc.
23              Q       How do you know Christopher?
24       A       Christopher, I knew him from around the way.
25              Q       Does he live in White Plains?
```

1    A    Who?

2         Q    Christopher.

3    A    No.

4         Q    What do you mean by "around the way"?

5    A    Around the way of -- on the -- just around

6    the way.  It's just from hanging out.

7         Q    So you knew him socially?

8    A    On some social level.

9         Q    And you said both of these

10   individuals worked for Midtown.  Correct?

11   A    Yes.

12        Q    Do you know their positions for

13   Midtown?

14   A    No.

15        Q    Are they still employed there?

16   A    No.  They were on and off.  They weren't

17   fully employed.

18        Q    What did they tell you about coming

19   to work at Midtown?

20   A    They say I should try it.

21        Q    Did they tell you why?

22   A    No.  It's a sheet metal company.  Oh, I'm

23   sorry.

24        Q    Did -- did -- were you unhappy with

25   Local 38?

```
 1      A    Yes.

 2           Q    Why were you unhappy with Local 38?

 3      A    Because I had to drive to my jobs.

 4           Q    Why was this a problem for you?

 5      A    Because today it would be five miles,

 6      tomorrow it would be 15 miles.

 7           Q    And what does that mean?

 8      A    What do you mean, "what does that mean"?

 9           Q    And did that mean -- was the commute

10      too long?  I'm trying to understand what was wrong

11      with having to drive different distances.

12      A    The commute was a problem.

13           Q    Do you remember what you were making

14      at the end of your tenure with Local 38?

15      A    No.

16           Q    So how did you end up becoming an

17      employee of Midtown Air?

18      A    I -- I was given Roman's number and I gave

19      him a call.

20           Q    Is this Roman Lieberstein?

21      A    Yes.

22           Q    What did you tell him?

23      A    I told him that I was looking for work.

24           Q    What did he say?

25      A    He asked if I had experience, I said yes.
```

1          Q      Did you tell him you were a member of

2     Local 38?

3     A      Yes.

4          Q      What did he say when you told him you

5     were a member of Local 38?

6     A      He said nothing.

7          Q      So after he asked whether you had

8     experience and you said yes, what did he say next?

9     A      We spoke about coming in for work.

10         Q      Did you speak with anyone else from

11    the company before you were hired?

12    A      No.

13         Q      Do you remember when you first hired

14    at Midtown Air?

15    A      It was I think in August.  August of '03, I

16    think.  August, September, I don't remember.  I'm

17    not sure.

18         Q      Do you remember what you were paid

19    when you started working at Midtown Air?

20    A      $15.

21         Q      Do you know what your benefits were?

22    A      We had full benefits.  Dental and health.

23         Q      What about vacation?

24    A      Yes, we had vacation.

25         Q      Do you know how much?

```
1      a crime?

2      A     No.

3            Q     Have you ever been accused of a

4      crime?

5      A     No.

6            Q     Have you ever been arrested?

7      A     No.

8                  MR. CAPOZZOLA:  Just mark this as

9            defense two.

10                 ( The complaint was received and

11           marked McKenzie-2 for identification ).

12     BY MR. CAPOZZOLA:

13           Q     Have you seen that document before?

14     A     Yes.

15           Q     Can you tell me what it is?

16     A     I think this is a claim for the lawsuit.

17           Q     This is the complaint --

18     A     Yeah.

19           Q     -- for the Vargas versus Midtown Air

20     lawsuit.  Correct?

21     A     Yes.

22           Q     Can you turn to page 6, please.

23                 Now, you filed a lawsuit claiming

24     race discrimination.  Correct?

25     A     Yes.
```

```
 1          Q      It says here in your complaint --
 2    A     Hhmm-hmm.
 3          Q      -- that your payment was below the
 4    standard wage and hours --
 5    A     Hhmm-hmm.
 6          Q      -- for similarly situated sheet
 7    metal mechanics.
 8    A     Hhmm.
 9          Q      And I'm asking about the hours.
10    A     Oh, the hours might be a typo, the hours are
11    fine.
12          Q      So you're not making any claim
13    relating to the hours.  Is that correct?
14    A     Well, no, the claim was based on the pay,
15    the hours we worked regular hours.
16          Q      The next sentence says, "Indeed, the
17    prevailing wage at all relevant times was about 39
18    to $40 an hour."  Is that correct?
19    A     To the best of my knowledge.
20          Q      The next sentence says, "Defendant
21    paid Ryan McKenzie less than similarly situated
22    caucasian workers."  Is that true?
23    A     Yes.
24          Q      Who were you paid less than?
25    A     I was paid less than Alex.  I was paid less
```

1    made more money.

2         Q    Did you tell them what you made?

3    A    No.

4         Q    In paragraph 20 of your complaint --

5    pardon me, paragraph 21.

6    A    Paragraph 21?

7         Q    This is on page 10.

8    A    Okay.

9         Q    It reads, "By discriminating against

10   plaintiffs on account of their raises and alienage

11   and on account of their good faith complaints

12   about discrimination, defendant violated 42 U.S.C.

13   Section 1981 et seq.."

14              First of all, what acts by Midtown

15   Air do you believe violated any of your legal

16   rights?

17   A    Okay.  In -- in the trade, whenever the work

18   slows down, the practice is usually last man

19   hired, first to go.

20        Q    Okay.

21   A    All right.  At Midtown it was always myself

22   or maybe Bernardo or maybe Felix that would be let

23   go, even though there were guys that were hired

24   behind us.

25        Q    So are you complaining about more

```
1      than one time that you were laid off?

2      A    Yes.

3            Q     How many times?

4      A    I think about two to three times.

5            Q     Is it two or is it three?

6      A    Uhm, I'm not sure if it was two or three.

7      It was about two or three times.

8            Q     Do you remember the first time?

9      A    Do I remember --

10           Q     The first time that you were laid off

11     that you think you shouldn't, that someone else

12     should have been laid off --

13     A    You mean the details of the first time I was

14     laid off?

15           Q     Yes.  Assuming that that's --

16     A    No, the first time I didn't pay too much

17     attention to it because I -- I'd pretty much just

18     been hired, you know, I was one of the new guys.

19     So I didn't look into it too much at that time.

20           Q     So then if you were one of the new

21     guys and you were the first one laid off, do you

22     still contend that that was discriminatory?

23     A    Yes.

24           Q     Why?

25     A    Because like I said, at that particular time
```

1       I didn't look into it too much.  But then there

2       was a pattern that developed.

3            Q      But if -- let's suppose you were the

4       last one hired.  If you're the first one laid off,

5       are you claiming that that's discriminatory?

6       A      But I wasn't the last one hired.

7            Q      Who was?

8       A      There was another guy that was hired behind

9       me.

10           Q      Who?

11      A      I'm not sure of his name.  The Russian guys,

12      I can't pronounce their names.

13           Q      Can you describe him?

14      A      He wore glasses, he was short.

15           Q      Is there really some specific person

16      you're thinking about?

17      A      Yes, I am thinking about someone specific.

18           Q      Someone who was hired between the

19      time you were hired --

20      A      Yes.

21           Q      -- and the time you were first laid

22      off?

23      A      Yes, yes.  Yes.

24           Q      Did you ask anyone why wasn't this

25      person laid off?

1    A    No.  Like I said, I was new at the time.  I
2    didn't, you know.
3         Q    Were you pulled off of a project
4    because work was slow?
5    A    I was told work was slow.
6         Q    But were -- were you told work was
7    slow during the middle of a project you were
8    working on?
9    A    Yes.
10        Q    And were you pulled off of that
11   project?
12   A    Yes.
13        Q    Did someone else go on to that
14   project?
15   A    Yes, as a matter of fact.
16        Q    Who went onto that project?
17   A    Both Eddies went on to the project.
18        Q    Which project is this?
19   A    The 9th Precinct.
20        Q    Okay.
21             And how about the next time?
22   A    The next time was I think the last time I
23   was laid off.
24        Q    Do you remember the date?
25   A    It was I think in '05, November or December.

```
1          Q       Did you ever file a grievance with
2     your union about Midtown?
3     A    No.
4          Q       Let's go back to the complaint, I
5     think it's Exhibit 2.  Turn to page 11, please.
6               Paragraph 27 on page 11 reads, "By
7     refusing to pay plaintiffs a prevailing wage for
8     similarly situated mechanics with City of New York
9     contracts, defendants willfully violated Article
10    1, Section 17 of the -- I'm sorry, the New York
11    State Constitution and Labor Section 220, et
12    seq.."
13              Do you claim that you are owed
14    additional wages by Midtown?
15    A    Additional wages?
16         Q       Correct.
17    A    I'm not sure of your question.
18         Q       Okay.
19              I take this cause of action to mean
20    that you believe Midtown owes you wages that --
21    prevailing wages specifically that it did not pay
22    you in the past.  Am I misinformed?
23              MR. WOTORSON:  Objection to form.
24    A    I still don't understand what you said.
25         Q       Do you believe Midtown owes you wages
```

1      for the services you performed while you were

2      employed by Midtown?

3      A      No, at the time of this complaint, yes.

4             Q      At the time of which complaint?

5      A      When this complaint was filed.

6             Q      Are you talking about the Department

7      of Labor charge or are you talking about --

8      A      At the time of the Department of Labor

9      charge, yes.

10            Q      Okay.

11                   So you believed at the time you filed

12     your Department of Labor charge --

13     A      Hhmm-hmm

14            Q      -- Midtown owed you wages?

15     A      Yes.

16            Q      Do you still believe Midtown owes you

17     wages?

18     A      No.

19            Q      Why not?

20     A      'Cause there was the comptroller's, after

21     they did their investigation, there was a back pay

22     that came back to us.

23            Q      So you obtained money from the New

24     York City comptroller.  Correct?

25     A      Yes.

1       A       In 2004.  On and off 2004.

2               Q       Did you work on any other prevailing

3       wage jobs?

4       A       It was on St. Francis Hospital in Long

5       Island.

6               Q       Why do you believe that that's a

7       prevailing wage project?

8       A       Because it was a union job.

9               Q       Was the recreation department, I'm

10      sorry, the 18th Street project, was that a union

11      job?

12      A       Yes.

13              Q       Were there any other projects you

14      believe you were entitled to prevailing wages for?

15      A       There was a job on, I think, 35th Street,

16      36th Street, between 8th and 7th I think it was.

17              Q       What -- who was that for?

18      A       Who was it for?

19              Q       Yes.

20      A       Midtown, working for Midtown.

21              Q       Do you know who the customer was?

22      A       No.  That I don't remember at this time.

23              Q       Any others?

24      A       Not that I can remember at this time.

25              Q       Is there anything that would help you

1       remember?

2       A       Maybe if I was to go through, I don't know,

3       documents.

4               Q       Are they here?

5       A       I don't know.

6               MR. WOTORSON:  I didn't hear what you

7               said?

8               THE WITNESS:  Hhmm?

9               MR. WOTORSON:  I didn't hear what

10              your response --

11              THE WITNESS:  Oh, I said maybe if I

12              was to go through all the documents that

13              were -- that were before.

14      BY MR. CAPOZZOLA:

15              Q       But you don't have the documents

16      here.  Correct?

17      A       No.  Unless -- unless you have some.

18              Q       I don't think so.

19              Which documents are you talking

20      about?

21      A       Work documents.

22              Q       So you believe you're entitled to

23      minimum wages on the 18th Street project, the St.

24      Francis project, on the 35th and 36th, between 8th

25      and 7th?

1      A      That's my belief.

2             Q      You don't believe you're entitled to

3      any other prevailing wages from the 9th Precinct

4      job.  Correct?

5      A      Correct.

6             Q      Do you have any documents relating to

7      the 18th Street job?

8      A      Pay stubs.  I don't know.

9             Q      Did you ever complain to anybody that

10     you should be receiving prevailing wage for anyone

11     of these three projects?

12     A      No.

13            Q      Did any of these three projects --

14     strike that.

15            Did you work on any of these projects

16     after you completed the 9th Precinct job?

17     A      No.

18            Q      So they all came before?

19     A      Yes.

20            Q      Are you claiming emotional distress

21     damages in connection with this lawsuit?

22     A      Yes.

23            Q      Have you visited any doctors in

24     connection with this claimed emotional distress?

25     A      No.

1    you because you're black.  Is that right?

2    A    Yes, in part.

3         Q    Why do you believe that to be the

4    case?

5    A    Okay.  There was a particular time I was

6    laid off and told the job was slow, there was no

7    work, I was removed from the job project.  I got a

8    call from somebody working on the job saying that

9    there were Russian guys there working.  I called

10   Roman, spoke to him about it, and his response to

11   me was so, so what.

12        Q    He said "so what"?

13   A    So --

14        Q    So.

15   A    Yes.

16             I spoke to him, I said, "Roman, you

17   know, you pulled me off the job.  You said there

18   was no work there, and now you have two guys

19   working there."  And he was like "so."

20        Q    What did you say to that?

21   A    Nothing.

22        Q    How did you know that the guys who

23   were still working were Russian?

24   A    I was told they were Russians.

25        Q    By whom?

```
1      A      By -- he was a laborer, his name is Will.

2      After --

3             Q      Go ahead.

4      A      I was saying, after being on the job for a

5      long period of time you kind of develop a

6      relationship with the guys on the job.

7             Q      Was Will a Midtown employee?

8      A      No.

9             Q      Is there anything else other than

10     this conversation with Roman?

11     A      And that was my one -- that was my instant.

12            Q      So the answer is no?

13     A      No, for me personally, yes.

14            Q      And was this the first or the second

15     time?

16     A      That was the second time.

17            Q      Okay.  I think I understand it now.

18                   So the first time you didn't

19     investigate it because you had only been there for

20     a short while.  Is that right?

21     A      Correct.

22            Q      On the complaint letters from Ivy

23     Walk, do you think that the reasons stated in that

24     letter are just reasons for not calling an

25     employee back?
```

# EXHIBIT D

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
     ANGEL VARGAS, FELIX BONILLA,
 5   RYAN MCKENZIE, BERNARDO RAMIREZ AND
     SIMON NORALES,
 6                      Plaintiffs,
 7           -against-
 8   MIDTOWN AIR CONDITIONING AND
     VENTILATION, LTD.,
 9
                     Defendant.
10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
11              2 Penn Plaza
                New York, New York
12
                December 3, 2007
13              11:20 A.M.
14
15       DEPOSITION of BERNARDO RAMIREZ, one of the
16   Plaintiffs, taken by the Defendant, pursuant to Order,
17   held at the above-noted time and place, before a Notary
18   Public of the State of New York.
19
20
21
22
23
24
25
```

```
 1                    Bernardo Ramirez              24

 2              That is the University.

 3        Q     So you went to a University in

 4   Honduras and graduated in 1997?

 5        A     Yes.

 6        Q     What did you study at the University?

 7        A     Social Sciences.

 8        Q     Social Sciences?

 9        A     Yes.

10        Q     Like government, history?

11        A     Yes.

12        Q     Were you in elementary school between

13   1989 and 1997?

14        A     Say that again.

15        Q     Were you an elementary school teacher?

16        A     Yes.

17        Q     When were you an elementary school

18   teacher?

19        A     It was 1990 to 1996.

20        Q     So 1990 through 1996.

21              Is that correct?

22        A     Yes.

23        Q     What did you do after you graduated

24   from the University?

25        A     I was a middle school teacher.
```

1                    Bernardo Ramirez              25

2        Q      How long did you do that?

3        A      For two years.

4        Q      Did you have any other jobs in

5    Honduras after being a middle school teacher?

6        A      No.

7        Q      Was that when you came to the United

8    States?

9        A      Yes.

10        Q      Did you ever work with sheet metal

11    while you lived in Honduras?

12        A      No.

13        Q      Did you ever do any kind of training

14    regarding sheet metal work in Honduras?

15        A      No.

16               Sheet metal -- I did training for

17    welding.

18        Q      When did you train as a Welder?

19        A      When did I train?

20               As what do you mean when?

21        Q      When, yes.

22        A      1999.  That was in Honduras.

23        Q      That was in Honduras?

24        A      Yes.

25        Q      Where did you train?

|   |   |   |
|---|---|---|
| 1 | | Bernardo Ramirez                    26 |
| 2 | A | It was a school. |
| 3 | | They call it like a -- |
| 4 | Q | Was it a vocational school? |
| 5 | A | Yes, vocational school. |
| 6 | Q | How many classes did you take? |
| 7 | A | It was like -- seven or eight -- three |
| 8 | month seminar. |
| 9 | Q | Three month seminar? |
| 10 | A | Yes. |
| 11 | Q | How often did you meet with your |
| 12 | class? |
| 13 | A | Ask that question again. |
| 14 | Q | Were you part of a class with other |
| 15 | people? |
| 16 | A | Yes. |
| 17 | Q | How often did you meet with the class? |
| 18 | | Did the class meet once a week? |
| 19 | A | No. |
| 20 | | Every day. |
| 21 | Q | For how long every day? |
| 22 | A | Eight hours every day. |
| 23 | | Yes, eight hours. |
| 24 | Q | You were not teaching in the middle |
| 25 | school at this time. |

1              Bernardo Ramirez              27

2              Is that correct?

3      A      No.

4              That was 1989 that I was a student.

5      Q      This was in '89?

6      A      Yes, '89.

7      Q      Your welding training?

8      A      Yes.

9      Q      Did you do any other kind of

10     vocational education in Honduras?

11     A      No.

12     Q      Did you do any other kind of school

13     while you were in Honduras?

14     A      No.

15     Q      When you came to the United States,

16     did you go straight to New York?

17     A      Yes.

18     Q      When you came to the United States, is

19     that because your mother was living here?

20     A      Yes.

21     Q      At this time, you had three children.

22             Is that correct?

23     A      Yes.

24     Q      Since coming to the United States,

25     have you done any kind of education or training?

1              Bernardo Ramirez              28

2              Since coming to the United States,

3    have you done any vocational training?

4        A     Ask that again.

5        Q     Have you gone to any schools since

6    coming to the United States?

7        A     Yes.

8        Q     What schools?

9        A     Refrigeration Training Center.

10       Q     Where is that located?

11       A     That is here in Manhattan.

12       Q     Have you gone to any other schools?

13       A     Yes.

14       Q     What schools?

15       A     I got to like to be a Security

16   trainer.  Security Guard.

17       Q     Have you gone to any other schools?

18       A     No.

19       Q     So the only two schools that you have

20   gone to since being in the United States was the

21   Refrigeration Training Center and the Security

22   Guard training?

23       A     Yes, correct.

24       Q     Did you do any training as a member of

25   Local 810?

1                    Bernardo Ramirez              29

2        A      No.

3        Q      When did you go to the Refrigeration

4   Training Center in Manhattan?

5        A      19 -- 2000.

6        Q      How about the Security Guard Training?

7               When was that?

8        A      That was 1998.

9               I mean it was 1999. Because I go in

10  December 1999.

11       Q      What did you study at the

12  Refrigeration Training Center?

13       A      Air Conditioning.

14       Q      How long was that program?

15       A      It was three months.

16       Q      Did you study every day?

17       A      No.

18       Q      How often?

19       A      It was like Saturdays and Sundays.

20  Like six hours every Saturday and Sunday.

21       Q      Six hours a day on Saturday and

22  Sunday?

23       A      Yes.

24       Q      Did you learn to work with sheet metal

25  there?

```
1                    Bernardo Ramirez                30

2        A      No.

3        Q      What did you learn there?

4        A      I learned with the sheet metal guys,

5   they take me to work sometimes with them in the

6   weekends.

7        Q      Were there classes?

8        A      No.

9               They take me to the site.  You have to

10  work with them.

11       Q      How did you find out about this

12  Training Center?

13       A      How?

14       Q      Yes.

15       A      In the newspaper.

16              Excuse me.  Sorry.

17              Can you ask me that question again?

18       Q      How did you learn about the

19  Refrigeration Training Center?

20       A      In the newspaper I find out.

21       Q      Do I understand you correctly that

22  this training center introduces you to sheet metal

23  workers that take you with them to the work site?

24              Is that correct?

25       A      Yes.
```

1                    Bernardo Ramirez                    31

2        Q        Were you paid for that?

3        A        Yes.

4        Q        You participated in this Training

5   Center for three months.

6                 Is that correct?

7        A        Correct.

8        Q        Did you meet any of the other

9   Plaintiffs in this lawsuit at the Training Center?

10       A        I don't understand the question.

11       Q        Did you meet anyone who worked at

12   Midtown Air Conditioning and Ventilation at the

13   Training Center?

14       A        No.

15       Q        Did you receive any certificates or

16   other awards from the Training Center?

17       A        No.

18                Because I don't finish.

19       Q        Did you receive any certificates or

20   awards from your Security Guard training?

21       A        Yes.

22       Q        What did you receive?

23       A        A certificate.

24       Q        Have you ever worked as a Security

25   Guard?

```
 1              Bernardo Ramirez            32

 2      A     No.

 3      Q     Do you know the name of that company

 4  that issued the certificate?

 5      A     I don't remember now.

 6      Q     Do you have any physical or mental

 7  disabilities?

 8      A     No.

 9      Q     Do you possess any licenses other than

10  a driver's license?

11      A     No.

12      Q     Do you have a driver's license?

13      A     No.

14      Q     You don't have a driver's license?

15      A     No.

16      Q     Do you belong to any Unions?

17      A     Say that again.

18      Q     Do you belong to any Unions?

19      A     Yes.

20      Q     Which Unions?

21      A     810.

22      Q     Do you belong to any other Unions?

23      A     No.

24      Q     Have you ever belonged to any other

25  Unions since you moved to the United States?
```

```
 1              Bernardo Ramirez            50

 2              MR. CAPOZZOLA:  Are you going to

 3         refuse to answer the question?

 4              MR. WOTORSON:  I'm instructing him not

 5         to answer the question.

 6              THE WITNESS:  Yes.

 7              MR. CAPOZZOLA:  Mark it for a ruling.

 8         Q     You said in June of 1999 you were

 9    hired by Midtown.

10              Is that correct?

11         A     Yes.

12         Q     Can you tell me how you became an

13    employee of Midtown?

14         A     Simon found me.

15         Q     Simon Norales?

16         A     Yes.

17         Q     How did you first meet Mr. Norales?

18         A     At a barbecue.  A friend of mine took

19    me to a barbecue and we met over there.

20              I was looking for a job and he was

21    working at that time with Midtown.

22              So I speak with him if he can get me

23    work.

24         Q     Did you talk to him about finding work

25    at the barbecue?
```

```
1               Bernardo Ramirez              51
2      A     Yes.
3      Q     When you became an employee of
4 Midtown, did you also become a member of Local
5 810?
6      A     No.
7      Q     How long were you an employee of
8 Midtown before you became a member of Local 810?
9      A     Like eleven months.
10     Q     Is that eleven months before your
11 Apprenticeship even started?
12     A     No.
13           I was an Apprentice when I started.
14     Q     Were you an Apprentice when you
15 started?
16     A     Yes.
17     Q     Do you recall what your wage was when
18 you started?
19     A     Yes.
20     Q     What was it?
21     A     $7.00 an hour.
22     Q     And you were a Helper at this time?
23     A     Right.  Yes.
24     Q     What were your job duties when you
25 started working at Midtown?
```

1          Bernardo Ramirez          77

2     Q     Are there any other things that you

3  can think of?

4     A     Yes.

5     Q     What else?

6     A     Just ask to work in the winter time.

7     Q     Repeat that?

8     A     They sent us to work in the winter

9  time outside of the City, far.

10          And we have to be working on a roof.

11     Q     Is there anything else?

12     A     No.

13     Q     I want to make sure that I have a

14  complete list of the things that you're

15  complaining about for the discrimination claim.

16          The first thing that you mentioned was

17  being laid off and having the Russian guys replace

18  you.

19          The next thing that you mentioned was

20  being paid less than the other employees.

21          The next thing that you mentioned was

22  making you do City projects, but paying the

23  Russian guys more.

24          And the last thing that you just

25  mentioned was that they sent you to work outside

```
1                    Bernardo Ramirez              78

2  in the winter time.

3         Is there anything else that you claim

4  Midtown did to discriminate against you besides

5  those things?

6      A    No.

7           That is it.

8      Q    That is it?

9      A    Yes.

10          MR. CAPOZZOLA:  We will take a lunch

11     break now.

12          (Lunch at 1:30 p.m.)

13          (EBT resumed at 2:10 p.m.)

14          MR. CAPOZZOLA:  We are back on the

15     record.

16     Q    You testified that you earned $7.00 an

17 hour when you started at Midtown.

18          Is that correct?

19     A    Yes.

20     Q    How much were you making at the time

21 that you stopped working in 2006?

22     A    $19.00.

23     Q    $19.00 an hour?

24     A    Yes.

25     Q    During this period from 1999 to 2006,
```

```
1                Bernardo Ramirez              91

2      A      Yes.

3      Q      What else is there?

4      A      Say that question again.

5      Q      Is there anything else that you can

6  tell me about these people to help me identify

7  them, that you have not told me about already?

8      A      No.

9             That's it.

10     Q      You have told me everything that you

11 can to identify them?

12     A      Yes.

13     Q      Did Alex tell you how much he made?

14     A      Yes.

15     Q      What did he say?

16     A      He was making more money.

17     Q      Did he say how much?

18     A      Yes.

19     Q      Do you recall what he said?

20     A      Yes.

21     Q      What amount of money did Alex say that

22 he was making?

23     A      He was making $25.50.

24     Q      And he told you this at the Chelsea

25 project?
```

1               Bernardo Ramirez               92

2          Is that correct?

3     A     Yes.

4     Q     Do you know what year it was?

5          Do you know what year the Chelsea

6    project was, approximately?

7     A     Yes.

8     Q     When was that?

9     A     2003 or 2004.

10     Q     Were there any other times that Alex

11   told you that he was being paid more than you?

12     A     Yes.

13     Q     When?

14     A     All the time that we moved to the

15   projects, he would get more raise.  He would get a

16   raise.

17     Q     Which other project?

18     A     The school.

19          He was making $40.

20     Q     He was making $40 an hour at the

21   school?

22     A     Yes.

23     Q     Was he being paid the prevailing wage?

24     A     I don't know.

25          He tell me he was making $40 an hour.

```
 1                 Bernardo Ramirez          107

 2            I'm asking you about your general

 3   knowledge and what you understood while you were

 4   employed by Midtown.

 5            Okay?

 6            You understood that there was a

 7   procedure by which the Union could help you with

 8   complaints about Midtown, right?

 9       A    Yes.

10       Q    And you believed that you were being

11   discriminated against throughout most of your

12   employment at Midtown, right?

13       A    Yes.

14       Q    So why didn't you take advantage of

15   that procedure that your Union has?

16       A    Say this question again, please. I

17   don't understand.

18            MR. CAPOZZOLA: Read the question.

19            (Record read as requested.)

20       Q    After listening to that again, do you

21   understand the question that I'm asking you?

22       A    No.

23       Q    If you believed that you were being

24   discriminated against, and you knew that your

25   Union had the procedure to help you, why didn't
```

```
 1                Bernardo Ramirez              108
 2   you let the Union help you?
 3           MR. WOTORSON: Objection to the form.
 4       A    I don't understand that question.
 5           MR. WOTORSON: You can answer if you
 6       understand it.
 7       Q    You have to answer if you understand
     it.8
 9           MR. WOTORSON: You can answer the
10       question if you understand the question.
11           If you answer it, if you don't
12       understand it, he will try to ask it in a
13       way that you can understand.
14       A    I don't go to Union because I believe
15   the Delegate talked with the Supervisor or talk
16   with the owner of the company.
17           And I think they're friends. So I
18   don't believe in these guys.
19       Q    So, you're saying that you did not
20   believe the Union would be able to help you?
21       A    I don't believe in that Delegate.
22       Q    Who was the Delegate of the Union?
23       A    I don't know.
24           I don't remember his last name.
25       Q    Is he also an employee of Midtown?
```

Bernardo Ramirez                113

got $27.00?

    A     Yes.

    Q     Was that the only time you were paid
$27.00 an hour?

    A     Yes.

    Q     Do you know what the prevailing wage
was for that work?

    A     Yes.

    Q     What was it?

    A     $67.00.

    Q     How do you know that?

    A     I spoke with someone from Local 28.

    Q     Who is that?

    A     It was the Delegate for Local 28.

    Q     Do you know the person's name?

    A     No.

    Q     Did they talk to you at the Ninth
Precinct?

    A     Yes.

    Q     Did the Ninth Precinct job occur
before or after the Brooklyn school job?

    A     Before the school job.

    Q     Another basis for your discrimination
complaint is the layoffs that you had, right?

```
 1                 Bernardo Ramirez              114

 2       A      Yes.

 3       Q      I believe that you told me that there

 4   were three layoffs.

 5              Is that correct?

 6       A      Yes.

 7       Q      One in February 2003.  One in the

 8   summertime, 2004 and one in February 2006.

 9       A      Yes.

10       Q      Can you think of any others?

11       A      I don't remember now.

12       Q      Would you like to take some time to

13   think about it?

14       A      Can you show me that copy of the page

15   that showed that?

16       Q      It is right at the bottom of the pile.

17       A      I don't get the date.

18              But I think it was -- there's still

19   one more.

20              I don't remember.  That was early

21   2005.

22       Q      So you think that you were laid off in

23   early 2005?

24       A      Yes.

25       Q      Like sometime in February?
```

1                    Bernardo Ramirez              130

2   stay over there all day to 7:00 and get out at the

3   time from the job.

4           So they start to send us memos because

5   we get there and it was snowing.  And sometimes we

6   get there fifteen minutes later.

7           So they start to complain about us.

8           After that, they send Simon and me

9   home.

10       Q      Were you replaced on the project?

11       A      For sure.  Yes.

12              Somebody else go to finish the job.

13       Q      Do you know who it was?

14       A      No.

15       Q      So the only reason that you believe

16   that you were released, was that there was more

17   work to be done?

18              Is that right?

19       A      Yes.

20       Q      What was it that you were doing on the

21   roof?

22       A      We was connecting -- we were

23   installing a machine, air conditioning machine and

24   connecting that main duct to the unit.

25       Q      Is that something that has to be done

ALLIANCE REPORTING SERVICE, INC.  (516) 741-7585

```
 1              Bernardo Ramirez        131

 2  outside?

 3      A     Yes.

 4      Q     Is installing a machine and connecting

 5  it to the duct something that you ordinarily do?

 6      A     Yes.

 7      Q     I don't understand why you think that

 8  this was discriminatory, that they made you do it.

 9            Why do you believe that this was

10  discriminatory?

11      A     Because, like I said, it was some job

12  to do.  Some other job to do and they don't send

13  us to do it.

14            They send other people.

15      Q     I thought that you were complaining

16  that they made you do a job on the roof.

17            Am I right?

18      A     Yes.

19      Q     Why are you complaining about that?

20      A     Because they send me home.

21      Q     So it's not the fact that you were

22  doing the job, that you were complaining about it?

23            It's the fact that they sent you home

24  after it?

25            Is that right?
```

```
1                Bernardo Ramirez              151
2    Foreman call in, is that correct?
3         A     Yes.
4         Q     But now they wanted every employee to
5    call in.
6               Is that right?
7         A     Now, just every employee was going to
8    call.
9         Q     Now, that was a new change that was
10   instituted on February 2, 2006?
11        A     Yes.
12        Q     It reads here, Bernard Ramirez did not
13   call in or call out on 02.02.06.
14              And he didn't call out on 02/20/06.
15              Is that true that you did not call in
16   or call out on February 2, 2006?
17        A     Yes.
18        Q     Is it true that you did not call out
19   on February 10, 2006?
20        A     Yes.
21        Q     A couple of paragraphs down, Angel
22   Vargas, Bernard Ramirez, Simon Norales, on
23   February 15, '06, Roman visited St. Francis
24   Hospital at 3:00 p.m. to explain the scope of the
25   job for the following morning, but Angel, Bernard,
```

1              Bernardo Ramirez              152

2    Simon had already left the site.

3              They called in at 3:36 to call out.

4              Is that true?

5         A    Yes.

6              But Simon had already left the job.

7         Q    There is also a paragraph in here

8    relating to Edward Abramov stating, Edward

9    Abramov, Partner, would call in and state that he

10   was present instead of calling in himself.

11        A    I know nothing about it.

12             About the case over here.

13             Angel Vargas, Simon and me, we was

14   working on the -- that was the day one of those

15   days, we was working on the roof.

16             And Simon tells us to work straight.

17   Like don't stop and leave early.

18             We left the place that day like 2:30.

19   And this guy showed up where he don't find us.

20             We was on our way to go home because

21   we worked straight.

22             We don't take a break and we don't

23   take lunch.

24             Because we was working in that snow

25   and at that time it was like twelve to fourteen

1          Bernardo Ramirez          153

2   inches.

3          We was working on the roof.  We tried

4   to do the job for the day and leave early because

5   we were on the roof.

6          Q      Did Simon talk to anyone before he

7   told you to work straight through the day?

8          A      I believe so.

9          Because he was the Foreman.

10          Q      So Simon was the Foreman and told you

11   to work straight through the day?

12          A      Yes.

13          Q      Did you receive this memo on or about

14   February 17, 2006?

15          A      That was like Monday.  Around this

16   time.

17          Q      It was sometime in February 2006?

18          A      Yes.

19          Q      Are you aware that there were

20   employees, according to the memo, who state that

21   you and Angel and Simon took lunch that day?

22          A      Yes.

23          Q      Did you know that at the time you

24   received this, that those employees were saying

25   that?

```
1                Bernardo Ramirez              154

2     A     No.

3           We don't know.  We call.  We talk with

4  Roman.

5           Roman call us by phone and we explain

6  to him why we left.

7     Q     What did Roman say?

8     A     No.

9           He don't say nothing.  He still make

10 the memo.

11    Q     So Roman made this memo?

12    A     The company, they go to the office and

13 they make us to get the memo.

14    Q     Are you supposed to take lunch?

15    A     Yes.

16    Q     Does it say in the Local 810 agreement

17 that you were supposed to take lunch?

18    A     I believe so.  Yes.

19          I don't know.

20    Q     Were you asked to explain why you did

21 not call in or call out on February 2, 2006?

22    A     No.

23    Q     Did you ever explain that to anyone?

24    A     No.

25    Q     Why didn't you call in and call out?
```

```
 1              Bernardo Ramirez              162
 2  Bureau of Labor Law?
 3      A      Say that again.
 4      Q      Is that a letter to you from the
 5  Bureau of Labor Law?
 6      A      Yes.
 7             MR. WOTORSON:  Note my objection.
 8      Q      The document is dated July 28, 2005.
 9             Is that correct?
10      A      Yes.
11      Q      Is that document in response to your
12  complaint to the Comptroller's Office?
13      A      Yes.
14      Q      So, would you agree then that you must
15  have complained sometime before July 28, 2005?
16      A      Say that again.
17      Q      Do you agree that you must have
18  complained sometime before July 28, 2005?
19      A      Yes.
20             Can I have a break now, please?
21             MR. CAPOZZOLA:  Sure.
22             Off the record.
23             (Whereupon, a brief recess was taken
24      off the record.)
25      Q      How did you first get in touch with
```

```
 1              Bernardo Ramirez        163

 2   the New York City Comptroller's Office about this

 3   complaint?

 4        A      They showed up to the place where we

 5   were working.

 6        Q      Do you recall when that was?

 7        A      Sometime it started in 2005.

 8        Q      The beginning of 2005?

 9        A      Yes.

10        Q      Do you recall who showed up?

11        A      An investigator from the City.

12        Q      Did you speak to that Investigator?

13        A      No.

14        Q      Was that a man or woman?

15        A      A man.

16        Q      Who did the Investigator speak with,

17   if you know?

18        A      Simon.

19        Q      Did he talk to anyone else?

20        A      No.

21        Q      What is the next thing that happened

22   that led you to filing your complaint?

23        A      We find out that Midtown don't pay us

24   the right money.

25               And we know they owe us some money.
```

1           Bernardo Ramirez           167

2  York City Comptroller's office visited the site on

3  June 2005.

4           Bernardo Ramirez spoke with the

5  Inspector and the Inspector told him that he was

6  being underpaid.

7           Is that all true?

8     A     Yes.

9     Q     Roman Liberstein, Bernardo Ramirez'

10  Supervisor, later told Plaintiff that he had

11  become aware that an Inspector had been on the job

12  site.

13           Liberstein then asked Bernardo Ramirez

14  what he had said to the Inspector.

15           Is that true?

16     A     Yes.

17     Q     Bernardo Ramirez truthfully told

18  Liberstein that the Inspector informed him that he

19  was being underpaid.

20           He also told Liberstein that he and

21  the other Plaintiffs in the Instant Action were

22  interested in pursuing the prevailing wage and

23  discrimination claims and that they had cooperated

24  fully with the Inspector.

25           Is that true?

1                    Bernardo Ramirez            168

2        A     Yes.

3        Q     So you did have a conversation then

4   with Roman Liberstein?

5        A     Yes.

6        Q     When was the conversation?

7        A     That was between the time after the

8   Investigator showed up.

9        Q     This was very early in 2005?

10       A     Yes.

11       Q     I thought that you had told me earlier

12  that you did not speak to the Investigator at that

13  time.

14             Are you now saying that you did?

15       A     I don't speak with the Investigator.

16             I speak with Roman.

17       Q     After this conversation with Roman,

18  did you have any other conversations with Roman

19  about this whole issue?

20       A     Yes.

21             He take me off from the job and put me

22  in another place.

23             That was the school.

24       Q     When was this?

25       A     That was like July 2005.  July or

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT

4    · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · x

5    ANGEL VARGAS, FELIX BONILLA, RYAN McKENZIE,

     BERNARDO RAIMREZ and SIMON NORALES,

6

                         Plaintiffs,

7

         · against ·

8

     MIDTOWN AIR CONDITIONING AND VENTILATION,

9    LTD.,

10                       Defendant.

11   · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · x

12                       2 Penn Plaza

                         New York, New York

13

14                       December 17, 2007

                         4:30 P.M.

15

16

17           CONTINUED DEPOSITION of BERNARDO

18   RAMIREZ, one of the Plaintiffs herein, taken by

19   the Defendant, pursuant to Order, held at the

20   above-noted time and place, before a Notary

21   Public of the State of New York.

22

23           *           *           *           *

24

25

46

1                          Ramirez

2       A     I think, yes.  Some guys get laid off.

3       Q     There were other guys there that were

4    laid off?

5       A     Yes.

6       Q     You don't remember their names?

7       A     I just remember like two guys.

8       Q     What were their names?

9       A     Ekeel (phonetic).  Solomon.

10      Q     What was the race of Ekeel?

11      A     I don't know.

12      Q     How about Solomon?

13      A     I don't know.

14      Q     Were they white?

15      A     They were black.  Spanish.

16      Q     Black or Spanish?

17      A     Black and Spanish.

18      Q     Can you remember the names of any other

19   people that you have not mentioned who did sheet

20   metal work?

21      A     No.

22      Q     Are you claiming as part of your

23   lawsuit that you should receive wages from public

24   projects that you worked on?

25            MR. WOTORSON:  Note my objection to

47

1                      Ramirez

2       the form of that question.

3             Ask that in a different way please.

4       Q    Have you ever worked on any projects

5   similar to the 9th Precinct, which were for City

6   or State agencies?

7       A    Yes.

8       Q    You have received money for the work

9   that you did on the 9th Precinct, correct?

10      A    Yes.

11      Q    Do you still believe that you are

12  entitled to additional money based on the work at

13  the 9th Precinct?

14      A    For other projects, yes.

15      Q    But, I'm asking you about the 9th

16  Precinct.

17            Do you believe that you are entitled

18  to additional funds for the 9th Precinct?

19      A    Probably not.

20      Q    Probably not?

21      A    Yes.

22      Q    You received a substantial check about

23  one year ago.  Correct?

24            MR. WOTORSON:  Objection to the phrase

25      substantial.

48

1                         Ramirez

2          Ask that again.

3     Q     Did you receive a check from the New

4   York City Comptroller's office?

5     A     Yes.

6     Q     How much money was it for?

7     A     $41,000.

8     Q     Now you claim that you are entitled to

9   back wages for other projects.  Is that correct?

10    A     Yes.

11    Q     Which projects?

12    A     Fire department and Chelsea.  And the

13  school.

14    Q     What school?

15    A     The one in Brooklyn.

16    Q     Are there any other projects that you

17  are entitled to back wages for?

18    A     Yes.

19    Q     What other projects?

20    A     Lincoln Hospital and Metropolitan

21  Hospital.

22    Q     Are there any others?

23    A     I don't know now.

24    Q     When was the Metropolitan Hospital job?

25    A     I don't remember now.

49

1                          Ramirez

2        Q        Was it in the 1990's?

3        A        I don't remember now.

4        Q        When was the Lincoln Hospital job?

5        A        I don't remember exactly.

6        Q        When was the Brooklyn school job?

7        A        2005.

8        Q        When was the Chelsea job?

9        A        2002.  2000 -- let me see -- 2003/2004.

10       Q        When was the fire department job?

11       A        2002.  2001/2002.

12       Q        How much do you believe that you are

13   owed for the fire department job?

14       A        I don't have a calculation right now.

15   I don't know exactly.

16       Q        How much do you believe that you should

17   have been paid per hour for the fire department job?

18       A        Which one are you saying?

19       Q        The fire department job.

20       A        That should be for around the City wage.

21   At that time the City wage was like $45 an hour.

22       Q        How do you know what the City wage was

23   in 2001?

24       A        Because it was the other guys who worked

25   for the City projects.  They tell me.

50

1                           Ramirez

2       Q       When did they tell you that?

3       A       When I was working over there.

4       Q       During 2001/2002?

5       A       Yes.

6       Q       How much had you been paid per hour on

7   the Chelsea project?

8       A       Fifteen, sixteen.

9               Something like that.

10      Q       Fifteen or sixteen dollars?

11      A       Yes.

12      Q       I want to clear it up.  Fifteen or sixteen

13  dollars an hour?

14      A       I'm not sure how much I was making at that

15  time.

16      Q       How much should you have been paid?

17      A       They was giving me a raise.

18      Q       What was the City wage while you were

19  working on the Chelsea project?

20      A       $67 an hour.

21      Q       What about the Lincoln Hospital project?

22      A       The same.

23      Q       Sixty-seven?

24      A       Yes.

25      Q       How about the Metropolitan Hospital

51

1                          Ramirez

2    project?

3        A      The same.

4        Q      How about the Brooklyn school project?

5        A      The same, 67.

6        Q      But, as you sit here today, you don't

7    know how much money you should get under any of

8    these projects? Is that correct?

9        A      I don't know exactly now because I don't

10   have no calculator. I don't calculate.

11       Q      If I gave you a calculator, do you

12   think that you could determine how much you are

13   owed?

14       A      Not really. Because I don't know how

15   much is the percent that the City takes for the

16   taxes.

17       Q      Is there any other reason why you

18   cannot tell me how much you are owed?

19       A      No.

20       Q      You're shaking your head, no?

21       A      No.

22              MR. CAPOZZOLA: No further questions.

23              That is all that I have for today.

24              (Time Noted: 6:00 p.m.)

25