UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGEL VARGAS, FELIX BONILLA, RYAN MCKENZIE,
BERNARDO RAMIREZ and SIMON NORALES,

                                              Plaintiffs
       -Against-

                                                                        NOTICE REGARDING THE
                                                                        FILING OF EXHIBITS IN PAPER
                                                                        FORM

MIDTOWN AIR CONDITION AND                        **07-Civ-3343**
VENTILATION, LTD.*,*
                                            Defendant
-----------------------------------------------------------X

       Exhibits numbered 1 through 31, in support of the Affirmation of Ambrose Wotorson in Opposition to Defendant's Motion for Summary Judgment, which was electronically filed on May 12, 2008, and assigned Document Number 20, are being filed in hard copy and will be maintained in the case file in the Clerk's Office.

Dated: Brooklyn, New York
       May 12, 2008

                                                          Respectfully Submitted,
                                                          _____/s/_____
                                                          Ambrose Wotorson (AWW-2412)
                                                          Law Offices of Ambrose Wotorson, P.C.
                                                          26 Court Street, Suite 1811
                                                          Brooklyn, New York 11242

                                                          718-797-4861