

**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

10 Madison Avenue, Suite 402
Morristown, NJ 07960
Telephone: 973.656.1600
Facsimile: 973.656.1611
www.ogletreedeakins.com



MEMO ENDORSED

May 12, 2008

**VIA OVERNIGHT U.S. MAIL**

Honorable Richard M. Berman, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

    Re:    Angel Vargas, et al. v. Midtown Air Condition and Ventilation, Ltd.
            Case No. 1:07-cv-03343-RMB

Dear Judge Berman:

This firm represents the defendant, Midtown Air Conditioning and Ventilation, Ltd ("Defendant"). Earlier today, Defendant received ECF copies of a portion of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment. We write to respectfully request that the Court disregard Plaintiff's opposition or, in the alternative, grant Defendant until June 9, 2008 to file its reply brief.

The opposition to Defendant's motion was due on April 28, 2008. As Your Honor may recall, the Court selected this deadline at a conference convened on April 15, 2008 because Plaintiffs had missed the original April 4, 2008 deadline. In addition to issuing an oral Order from the Bench, the Court also issued a written Minute Order establishing a new deadline of April 28, 2008.

Despite the Court's leniency in extending Plaintiffs' deadline to oppose Defendant's motion, they have filed their opposition two weeks late, without consulting with counsel or the Court as to the reason for the delay. In circumstances such as this, it is well within the Court's discretion to disregard Plaintiffs' opposition in its entirety.

If the Court declines to disregard Plaintiffs' opposition, Defendant respectfully requests until June 9, 2008 to prepare its reply. The full period requested should be granted because Defendant has not yet received any of the exhibits submitted in support of plaintiffs' opposition. Thus, at

Atlanta • Austin • Birmingham • Bloomfield Hills • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Greensboro • Greenville • Houston • Indianapolis • Jackson • Kansas City
Los Angeles • Memphis • Miami • Morristown • Nashville • Philadelphia • Phoenix • Pittsburgh • Raleigh • San Antonio • St. Louis • St. Thomas • Tampa • Torrance • Tucson • Washington

*A South Carolina Professional Corporation   Mark Diana • NJ Managing Shareholder*

Ogletree
Deakins

Honorable Richard M. Berman, U.S.D.J.
May 12, 2008
Page 2

the present time, Defendant does not have the ability to review the exhibits attached to counsel's affirmation in opposition.

Thank you for your continued consideration of this matter.

Respectfully Submitted,

Eric C. Stuart

Enclosures

cc:   Ambrose Wotorson, Esq. (by facsimile and U.S. mail)

Extension granted to 6/9/08 to reply.

SO ORDERED:
Date: 5/13/08

Richard M. Berman, U.S.D.J.