LAW OFFICES OF

# AMBROSE WOTORSON
A PROFESSIONAL CORPORATION
SUITE 1811
26 COURT STREET
BROOKLYN, N.Y. 11242
TELEPHONE: 718 797-4861
FACSIMILE: 718 797-4863

May 13, 2008

**Via ECF**
Honorable Judge Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                        Re:    <u>Vargas et al. v. Midtown Air Condition</u>
                                07 Cv. 3343 (RMB)

Dear Honorable Judge Berman:

       This office represents the plaintiffs in the above referenced action.

       We write to respond to defendant's letter of May 12, 2008 to this Honorable Court.

       Firstly, we apologize to this Court and to opposing counsel for the tardy filing of Plaintiffs' response to Defendant's Motion for Summary. However, while we disagree with defendant's request that this Honorable Court disregard plaintiffs' opposition to the Motion for Summary Judgment, we consent that defendant be given as much time as necessary within which to properly file its reply brief.

       The delay in filing was caused, in part, because since the Court's April 15, 2008 revised scheduling order, the undersigned has been forced to go to Maryland on several occasions to tend to his two elderly parents. One of the undersigned's parent is undergoing chemotherapy treatment and the other is physically disabled, and tending to their various medical needs, have recently caused several interruptions and delays.

       In addition, plaintiffs' ability to respond as scheduled was complicated by the fact that the undersigned was also in the midst of responding to two other motions in the matters of <u>Mahadin -vs.- NYC HHC, et al</u>.97 Civ. 4312 (EHN) (RML), and <u>Antoine Jones v. Roc-A-Fell Films, Inc., et. al.</u> Docket No.: 07-Cv-3648. I have also been forced to request additional time to respond to one of these motions.

       As such, plaintiffs did not have an opportunity to properly respond to defendants' motion until May 12, 2008.

       Accordingly, we ask that this Court allow our tardy filing, and separately grant defendant the *maximum* time necessary in which to properly file its reply papers.

       Finally, plaintiff has filed a Notice for Filing Exhibits in Paper Form and a copy of plaintiffs' responsive papers, including the Affirmation has been mailed out to all parties. Thus, we expect defendants to receive the same in short order.

Respectfully,
    /s/
Ambrose W. Wotorson, Jr. (AWW -2412)


cc: Eric Stuart, Esq.